Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff J.G.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.G., | **MOTION FOR LEAVE TO APPEAR ANONYMOUSLY** |
| Plaintiff, | |
| v. | Case Action No. 24-cv-08232 |
| TYLER JONES a/k/a TYLER JOHN JONES | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, Daniel Szalkiewicz & Associates, P.C., upon the accompanying Memorandum of Law, the Certification of J.G. dated August 2, 2024, and the exhibits annexed thereto, Plaintiff will move the Court, on September 3, 2024 for an Order granting Plaintiff permission to proceed under a pseudonym and directing all parties to refer to Plaintiff as "J.G." or "Plaintiff" in all filings.

Dated: New York, New York
August 2, 2024

                                                    Daniel Szalkiewicz & Associates, P.C.
                                                    By: */s/ Daniel S. Szalkiewicz*
                                                    Daniel S. Szalkiewicz, Esq.
                                                    *Attorneys for Plaintiff J.G.*
                                                    23 West 73rd Street, Suite 102
                                                    New York, NY 10023
                                                    Tel: (212) 706-1007
                                                    Fax: (914) 500-2315
                                                    daniel@lawdss.com