Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff J.G.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G.,<br><br>        Plaintiff,<br><br>    v.<br><br>TYLER JONES a/k/a TYLER JOHN JONES<br><br>        Defendant. | **PROPOSED ORDER**<br><br>Case Action No. 24-cv-08232 |

This matter having come before the Court on the motion of Plaintiff J.G., by her counsel, Daniel Szalkiewicz & Associates, P.C., for Leave to Proceed under Pseudonym; and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Plaintiff J.G.'s Motion for Leave to Proceed under Pseudonym is **GRANTED**; and it is further

**ORDERED** that any reference to Plaintiff within the docket will be made accordingly to J.G.; and it is further

**ORDERED** that any documents containing references to Plaintiff's actual name are to be redacted accordingly, with unredacted versions filed under seal if necessary pursuant to Local Civil Rule 5.3.

_____