# COMPLAINT - WARRANT

**COMPLAINT NUMBER**

| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |
|---|---|---|---|
| 0806 | W | 2024 | 000341 |

GLASSBORO MUNICIPAL COURT
1 SOUTH MAIN ST
GLASSBORO          NJ   08028-0000
856-881-0383   COUNTY OF: GLOUCESTER

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 2 | | 23-039459 |

COMPLAINANT NAME: PTL J SKIDMORE
1 SOUTH MAIN STREET
ATTN WARRANTS
GLASSBORO          NJ   08028

*THE STATE OF NEW JERSEY*
*VS.*
**TYLER J JONES**

ADDRESS: 1407 N 7TH STREET APT 2
PHILADELPHIA          PA   19122-0000

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 04/10/1992
DRIVER'S LIC. #: 31523877           DL STATE: PA
SOCIAL SECURITY #:                   SBI #: 949912H
TELEPHONE #: ( )
LIVESCAN PCN #: 080603004891

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about **12/19/2023** in **GLASSBORO BORO**, **GLOUCESTER** County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY SEND, POST, COMMENT, REQUEST, SUGGESTS, OR PROPOSES ANY LEWD, INDECENT, OR OBSCENE MATERIAL TO OR ABOUT A PERSON WITH THE INTENT TO EMOTIONALLY HARM A REASONABLE PERSON OR PLACE A REASONABLE PERSON IN FEAR OF PHYSICAL OR EMOTIONAL HARM. SPECIFFICALLY BY POSTING THE VICTIMS NUDE PHOTOGRPAHS ON SOCAIL MEDIA PLATFORMS WITHOUT HER CONSENT CAUSING HER EMOTIONAL HARM.

WITHIN THE JURISDICTION OF THIS COURT, PURPOSELY AND KNOWINGLY ENGAGES IN A COURSE OF CONDUCT DIRECTED AT A SPECIFIC PERSON THAT WOULD CAUSE A REASONABLE PERSON TO FEAR HER SAFERTY OR THE SAFETY OF A THIRD PERSON OR SUFFER OTHER EMOTIONIAL DISTRESS. SPECIFFICALLY BY POSTING MORE THAN TWO SEPERATE NUDE PHOTOGRPAHS OF THE VICTIM ON SOCAIL MEDIA PLATFORMS WITHOUT HER CONSENT CAUSING HER EMOTIONAL HARM.

**in violation of:**

| Original Charge | 1) 2C:33-4.1A(2) | 2) 2C:12-10B | 3) |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____ PTL J SKIDMORE _____   Date: 08/01/2024

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of GLOUCESTER at the following address: GLOUCESTER COUNTY COURTS
JUSTICE COMPLEX          70 HUNTER STREET          WOODBURY          NJ   08096-0000
Date of Arrest: 08/19/2024   Appearance Date: _____   Time: _____   Phone: 856-878-5050

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

_____ Signature of Court Administrator or Deputy Court Administrator _____   Date _____   _____ Signature of Judge _____   Date _____

☑ Probable cause **IS** found for the issuance of this complaint.   JOHN ARMANO JUDICIAL OFFICER   08/01/2024
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify): _____

**ORIGINAL**

Page 1 of 7

NJ/CDR2 1/1/2017

Screenshot