AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:24-CV-08232-ESK-SAK**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Tyler Jones**
was recieved by me on  **8/08/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **Unknown** after attempting service at **1407 N 7th St Apt 2, Philadelphia, PA 19122**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   08/11/2024

_____
*Server's signature*

**Christina Song**
*Printed name and title*

**937 grant rd
folcroft, PA 19032**

_____
*Server's address*

Additional information regarding attempted service, etc:

**8/10/2024 11:34 AM: I placed a phone call to number ending in 2976 resulting in no answer.
8/10/2024 11:35 AM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who says not resident.**





Tracking #: **0140110912**