AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:24-CV-08232-ESK-SAK**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Tyler Jones**
was recieved by me on  **8/12/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because **Unknown** after attempting service at **2441 north front street, Philadelphia, PA 19133**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   08/20/2024

_____
*Server's signature*

**Johanne Benjamin-Mapp**
*Printed name and title*

**1212 Fillmore Street
PHILADELPHIA, PA 19124**

_____
*Server's address*

Additional information regarding attempted service, etc:

**8/13/2024 1:09 PM: There was no answer at the address.
8/14/2024 10:34 AM: There was no answer at the address.
8/20/2024 9:03 AM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who says not resident.**





Tracking #: **0140844381**