AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:24-cv-08232**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Tyler Jones** was recieved by me on **10/29/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Unknown** after attempting service at **2442 N Lee St, Philadelphia, PA 19125**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  10/30/2024

*Server's signature*

**Johanne Benjamin-Mapp**
*Printed name and title*

**1212 Fillmore Street
PHILADELPHIA, PA 19124**

*Server's address*

Additional information regarding attempted service, etc:

**10/30/2024 8:44 AM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. At the address I observed a package/mail addressed to another. I spoke with a neighbor who doesn't recognize name.**




Tracking #: **0147402362**