## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/30/24 |
| NAME OF SERVER *(PRINT)* Daniel Faehl | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2442 N Lee St Philadelphia, PA 19125 ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/30/24, 2:21 pm          *signature* Daniel Faehl
                  Date                                   Signature of Server

862 N Brooklyn St Philadelphia PA 19104
Address of Server