UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G., <br><br> Plaintiff, <br><br> v. <br><br> TYLER JONES a/k/a TYLER JOHN JONES <br><br> Defendant | Case No. 24-cv-08232 |

**NOTICE OF MOTION FOR AN ORDER ADMITTING
CALI P. MADIA *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the accompanying Application and Declaration of Daniel S. Szalkiewicz, and the Declaration of Cali P Madia, the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) admitting Cali P. Madia to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiff J.G.

Dated: November 14, 2024
       New York, New York

Respectfully submitted,

/s/Daniel Szalkiewicz
By:   Daniel S. Szalkiewicz, Esq. (DS2323)
      Daniel Szalkiewicz & Associates, P.C.
      23 West 73rd Street, Suite 102
      New York, New York 10023
      Tel: (212) 706-1007
      daniel@lawdss.com

*Attorneys for Plaintiff J.G.*

1

## CERTIFICATE OF SERVICE

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on November 14, 2024, I caused a true and correct copy of the above and foregoing document to be placed in the United States Mails in New York, New York, with correct postage thereon prepaid addressed to

    Tyler Jones
    2442 N Lee St,
    Philadelphia, PA 19125

Dated: November 14, 2024

                                            */s/ Daniel S. Szalkiewicz*
                                            Daniel S.  Szalkiewicz, Esq