[ECF No. 4]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| J. G.,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER JONES,<br><br>    Defendant. | Civil No. 24-8232 (ESK/SAK) |

## ORDER

This matter having come before the Court on Plaintiff's request [ECF No. 4] seeking an extension of time to serve the Defendant pursuant to Fed. R. Civ Pro. 4(m); and the Court finding good cause shown;

**IT IS HEREBY ORDERED** this **19th** day of **November**, **2024**, that that Plaintiff's request to extend time to serve Defendant [ECF No. 4] is **GRANTED**; and it further

**ORDERED** that Plaintiff shall serve Defendant within 30 days of this order.

s/ Sharon A. King  
SHARON A. KING  
United States Magistrate Judge

cc:  Hon. Edward S. Kiel, U.S.D.J.