**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel.: (212) 706-1007
Fax: (646) 849-0033
*Attorneys for Plaintiff J.G.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G.<br><br>    Plaintiff,<br><br>  v.<br><br>Tyler Jones a/k/a Tyler John Jones,<br><br>    Defendant. | **Certification of Declaration of Daniel S. Szalkiewicz, Esq. in Support of Request for Entry of Default**<br><br><br>Case No. 24-cv-08232 |

**DANIEL S. SZALKIEWICZ**, of full age, hereby certifies and states:

1.  I am a partner at the law firm of Daniel Szalkiewicz & Associates, P.C., attorneys for the Plaintiff in the above-captioned action.   As such, I have personal knowledge of the facts contained herein.

2.  I make this Certification in support of Plaintiff's application for the entry of default against defendant Tyler Jones a/k/a Tyler John Jones ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(a).

3.  Plaintiff's Complaint in this matter was filed on August 2, 2024 (DE 1).  The Summons was issued on August 2, 2024 (DE 3).

4.  Plaintiff accomplished service on Defendant on November 20, 2024 (DE 7).

1

5.      I have not heard from Defendant nor any counsel for Defendant concerning the filing of an answer to the Complaint and, to my knowledge, no filing with the Court was made by Defendant under Local Civ. R. 6.1(b).

6.      The time in which Defendant may answer or otherwise respond to Plaintiff's Complaint has expired and has not been further extended by the Court, and Defendant has not answered or otherwise moved.

7.      Upon Plaintiff's information and belief, the Defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 521.

8.      This belief is based upon information available at https://scra.dmdc.osd.mil, the Official Department of Defense Servicemembers Relief Act ("SCRA") website.  I have personally reviewed the Defendant's report generated by the site, attached hereto as Exhibit 1.

9.      Accordingly, this request is being made for the entry of default against Defendant in the above-captioned matter.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on:   December 13, 2024
                        New York, NY

                                                /s/Daniel Szalkiewicz, Esq.
                                                Daniel S. Szalkiewicz

2