Daniel Szalkiewicz
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel.: (212) 706-1007
Fax: (646) 849-0033
*Attorneys for Plaintiff J.G.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G.<br><br>        Plaintiff,<br><br>    v.<br><br>Tyler Jones a/k/a Tyler John Jones,<br><br>        Defendant. | Case No. 24-cv-08232 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 13, 2024, a true and correct copy of the foregoing Request for Entry and annexed documents was served on the Defendant, Tyler Jones a/k/a Tyler John Jones, by United States Mail, First Class Mail to the said Defendant at Tyler Jones 2442 N Lee St, Philadelphia, PA 19125-1008.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 13, 2024
       New York, New York

                                        Respectfully submitted,

                                        /s/Daniel Szalkiewicz
                                    By: Daniel S. Szalkiewicz, Esq. (DS2323)
                                        Daniel Szalkiewicz & Associates, P.C.
                                        23 West 73rd Street
                                        Suite 102
                                        New York, New York 10023
                                        *Attorneys for Plaintiff*