Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff J.G.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.G.<br><br>Plaintiff,<br><br>v.<br><br>Tyler Jones a/k/a Tyler John Jones,<br><br>Defendant. | Case No. 24-cv-08232 |

**CLERK'S ENTRY OF DEFAULT**

IT APPEARING from the records of the above-entitled action that service of the summons and complaint has been made upon Defendant Tyler Jones a/k/a Tyler John Jones, and it further appearing from the Plaintiff's request for entry of default and supporting documentation that said Defendant has failed to plead, respond, or otherwise defend said action as directed.

NOW, THEREFORE, on Plaintiff's request, this the _____ day of December, 2024, DEFAULT is hereby entered against Defendant Tyler Jones a/k/a Tyler John Jones.

By: _____
Clerk of the Court