Daniel S.  Szalkiewicz, Esq.  (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff J.G.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G. | |
| Plaintiff, | Case Action No. 24-cv-08232 |
| v. | |
| Tyler Jones a/k/a Tyler John Jones, | |
| Defendant. | |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, Daniel Szalkiewicz & Associates, P.C., shall move the Court, on January 21, 2025 for an order issuing a default judgment against Tyler Jones a/k/a Tyler John Jones and setting the matter down for an inquest.

In support of her motion, Plaintiff submits the accompanying Memorandum of Law and and the exhibits annexed thereto. A proposed Order is also submitted herewith pursuant to Local Rule 7.1(e).

Dated: December 18, 2024
New York, New York

Respectfully submitted,

/s/Daniel Szalkiewicz
By:    Daniel S.  Szalkiewicz, Esq.  (DS2323)

## CERTIFICATE OF SERVICE

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on December 18, 2024 I served **NOTICE OF MOTION FOR DEFAULT JUDGMENT** and supporting papers on the Defendant via First Class Mail to Defendant's last known address:

Tyler Jones a/k/a Tyler John Jones
1442 N. Lee Street
Philadelphia, PA 19125

Dated: December 18, 2024

By: */s/ Daniel S. Szalkiewicz*