UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G.<br><br>           Plaintiff,<br><br>     v.<br><br>Tyler Jones a/k/a Tyler John Jones,<br><br>           Defendant. | Case Action No. 24-cv-08232 |

    THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Certification and Declaration submitted, and for good cause being shown,

    IT IS on this _____ day of _____, 2024, ordered that Plaintiff's motion is granted and a default judgment is entered against Defendant and an inquest as to damages will occur at _____ on _____, 2025.

                                                      _____
                                                      Hon.