UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

J.G.

        Plaintiff(s).

v.

TYLER JONES

        Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.    24-8232 (ESK/SAK)

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

/s/ Daniel Szalkiewicz
Signature of Local Counsel

**PRO HAC VICE ATTORNEY INFORMATION:**

Name: Cali Madia

Address: Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, NY 10023

E-mail: cali@lawdss.com

(One email address only)