UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

J.G.

          Plaintiff,

    v.

Tyler Jones a/k/a Tyler John Jones,

        Defendant.

Case Action No. 24-cv-08232-ESK-SAK

# ORDER

THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Certification and Declaration submitted, and for good cause being shown,

IT IS on this **15th** day of **January**, 2025, ordered that Plaintiff's motion for default judgment at ECF No. 9 is granted and a default judgment is entered against Defendant.

An inquest as to damages will occur at **10:00 a.m.** on **February 19**, 2025.

The Clerk of the Court is directed to terminate the motion for default judgment at ECF No. 9.

                  **/s/ Edward S. Kiel**
                **Edward S. Kiel**
                **United State District Judge**