Daniel S.  Szalkiewicz, Esq.  (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff J.G.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G., <br><br>          Plaintiff, <br><br>   v. <br><br> TYLER JONES a/k/a TYLER JOHN JONES <br><br>         Defendant. | **ORDER** <br><br> Case Action No. 24-cv-08232 |

This matter having come before the Court on the motion of Plaintiff J.G., by her counsel, Daniel Szalkiewicz & Associates, P.C., for Leave to Proceed under Pseudonym; and the Court having considered the submissions of the parties and the arguments of counsel, and no opposition having been filed; and for good cause shown,

**IT IS** on this **21st** day of **January**, 2025,

**ORDERED** that Plaintiff J.G.'s Motion for Leave to Proceed under Pseudonym (ECF No. 2) is **GRANTED**; and it is further

**ORDERED** that any reference to Plaintiff within the docket will be made accordingly to J.G.; and it is further

**ORDERED** that any documents containing references to Plaintiff's actual name are to be redacted accordingly, with unredacted versions filed under seal if necessary pursuant to Local Civil Rule 5.3.

                                   */s/ Edward S. Kiel*
                                  **Edward S. Kiel**
                                  **United State District Judge**