

# Delaware County Court of Common Pleas
## Court Summary

**Jones, Tyler**
MEDIA, PA  19063
Aliases:
Tyler Jones

DOB: 04/10/1992

Sex: Male
Eyes: Brown
Hair: Brown
Race: White

### Closed

#### Delaware

**CP-23-CR-0001128-2013**     Proc Status: Sentenced/Penalty Imposed     DC No:     OTN: T 291169-4

Arrest Dt: 02/12/2013     Disp Date: 10/16/2014     Disp Judge: Capuzzi, John P. Sr.
Def Atty: McGarrigle, Daniel Anthony - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
|  | Sentence Dt.    Sentence Type |  | Program Period    Sentence Length |  |
| 3 | 18 § 7512 §§ A | F3 | Criminal Use Of Communication Facility | Guilty Plea - Non-Negotiated |
|  | 10/16/2014    IPP |  | 23 Months    Max: 23 Month(s) |  |
| 4 | 18 § 7507.1 §§ A1 | M2 | Invasion of Privacy - view, photograph, etc. person w/out consent | Guilty Plea - Non-Negotiated |
|  | 10/16/2014    Probation |  | 1 Year    Max: 1 Year(s) |  |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense.  In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.