NEWS

# Villanova student enters open guilty plea for taping w while dressing



By **MAINLINE MEDIA NEWS** |
mainlinemedianews@mainlinemedianews.com
UPDATED: September 23, 2021 at 7:38 AM EDT

We'd like to send you

Notifications can be tu
settings

MEDIA COURTHOUSE – A 21-year-old Villanova student entered an open guilty plea Monday to charges of invasion of privacy and dissemination of child pornography for secretly videotaping three women as they were dressing and posting the videos online.

One of the women was 17 at the time Tyler Jones used his iPhone to make the recording, leading to the child pornography charge.

According to an affidavit of probable cause, Jones was a relative of a friend the women were visiting in Switzerland last summer. He uploaded the videos to pornographic websites after returning to Villanova.

Police were alerted to the incident after one of the victims was told that there was a video of her dressing online. Jones, represented by defense attorney Gary Silver, allegedly wrote an email to the woman admitting what he had done and apologizing. He also allegedly admitted to police he had recorded the women using his iPhone after his arrest Feb. 12.

Judge John Capuzzi ordered psychosexual and psychiatric evaluations for Jones, as well as an evaluation from the state Sexual Offenders Assessment Board to determine whether he is a sexually violent predator.

Sentencing has been set for Feb. 14. The case is being handled by Assistant District Attorney Ryan Grace.

AD



*Originally Published: December 2, 2013 at 10:00 PM EST*