```
Report #3364 generated on 2024-03-03 22:22:03 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/914829409
/b/914828872
/b/914829288


Associated IPs (1):
====================
71.162.241.154


Post times (3):
====================
/b/914829409 was posted by 71.162.241.154 on 03/03/2024 17:11:46 EST.
/b/914828872 was posted by 71.162.241.154 on 03/03/2024 16:58:21 EST.
/b/914829288 was posted by 71.162.241.154 on 03/03/2024 17:08:56 EST.
```

```
Report #3307 generated on 2024-01-14 16:37:58 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/912365911
/b/912368031


Associated IPs (2):
====================
172.56.223.4
172.243.199.22


Post times (2):
====================
/b/912365911 was posted by 172.56.223.4 on 01/14/2024 12:53:35 EST.
/b/912368031 was posted by 172.243.199.22 on 01/14/2024 13:39:33 EST.
```

```
Report #3308 generated on 2024-01-15 11:18:00 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/912410582


Associated IPs (1):
====================
172.58.203.120


Post times (1):
====================
/b/912410582 was posted by 172.58.203.120 on 01/15/2024 09:13:16 EST.
```

```
Report #3309 generated on 2024-01-17 19:23:53 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
====================================================
Post Numbers:
/b/912541260
/b/912540820
/b/912541001


Associated IPs (1):
====================
71.162.241.154


Post times (3):
====================
/b/912541260 was posted by 71.162.241.154 on 01/17/2024 18:18:09 EST.
/b/912540820 was posted by 71.162.241.154 on 01/17/2024 18:09:44 EST.
/b/912541001 was posted by 71.162.241.154 on 01/17/2024 18:13:03 EST.
```

```
Report #3310 generated on 2024-01-19 13:21:51 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/912624209
/b/912624464
/b/912624629
/b/912624886
/b/912624916


Associated IPs (1):
====================
172.56.29.96


Post times (5):
====================
/b/912624209 was posted by 172.56.29.96 on 01/19/2024 11:15:56 EST.
/b/912624464 was posted by 172.56.29.96 on 01/19/2024 11:21:57 EST.
/b/912624629 was posted by 172.56.29.96 on 01/19/2024 11:25:09 EST.
/b/912624886 was posted by 172.56.29.96 on 01/19/2024 11:31:22 EST.
/b/912624916 was posted by 172.56.29.96 on 01/19/2024 11:31:58 EST.
```

```
Report #3313 generated on 2024-01-20 17:50:30 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
======================================================
Post Numbers:
/b/912683044
/b/912688813


Associated IPs (1):
====================
71.162.241.154


Post times (2):
====================
/b/912683044 was posted by 71.162.241.154 on 01/20/2024 14:20:51 EST.
/b/912688813 was posted by 71.162.241.154 on 01/20/2024 16:36:59 EST.
```

```
Report #3314 generated on 2024-01-20 22:58:59 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/912699443
/b/912699907
/b/912700106
/b/912700651
/b/912701668
/b/912701985
/b/912702305


Associated IPs (1):
====================
71.162.241.154


Post times (7):
====================
/b/912699443 was posted by 71.162.241.154 on 01/20/2024 21:03:52 EST.
/b/912699907 was posted by 71.162.241.154 on 01/20/2024 21:15:23 EST.
/b/912700106 was posted by 71.162.241.154 on 01/20/2024 21:19:45 EST.
/b/912700651 was posted by 71.162.241.154 on 01/20/2024 21:33:48 EST.
/b/912701668 was posted by 71.162.241.154 on 01/20/2024 22:02:40 EST.
/b/912701985 was posted by 71.162.241.154 on 01/20/2024 22:10:40 EST.
/b/912702305 was posted by 71.162.241.154 on 01/20/2024 22:18:03 EST.
```

```
Report #3315 generated on 2024-01-21 11:14:57 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
====================================================
Post Numbers:
/b/912698925
/b/912698583


Associated IPs (1):
====================
71.162.241.154


Post times (2):
====================
/b/912698925 was posted by 71.162.241.154 on 01/20/2024 20:50:42 EST.
/b/912698583 was posted by 71.162.241.154 on 01/20/2024 20:39:37 EST.
```

```
Report #3320 generated on 2024-01-25 17:38:23 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/912936802


Associated IPs (1):
====================
172.56.28.68


Post times (1):
====================
/b/912936802 was posted by 172.56.28.68 on 01/25/2024 14:42:23 EST.
```

```
Report #3321 generated on 2024-01-26 14:04:09 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
====================================================
Post Numbers:
/b/912975200
/b/912975446
/b/912976054


Associated IPs (1):
====================
71.224.225.155


Post times (3):
====================
/b/912975200 was posted by 71.224.225.155 on 01/26/2024 11:33:23 EST.
/b/912975446 was posted by 71.224.225.155 on 01/26/2024 11:41:48 EST.
/b/912976054 was posted by 71.224.225.155 on 01/26/2024 12:01:18 EST.
```

```
Report #3324 generated on 2024-01-28 21:32:33 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/913096420
/b/913096703
/b/913096761
/b/913096849
/b/913097026
/b/913097146
/b/913097225
/b/913097302
/b/913097526
/b/913097790
/b/913098212


Associated IPs (1):
====================
71.162.241.154


Post times (11):
====================
/b/913096420 was posted by 71.162.241.154 on 01/28/2024 19:50:44 EST.
/b/913096703 was posted by 71.162.241.154 on 01/28/2024 19:55:50 EST.
/b/913096761 was posted by 71.162.241.154 on 01/28/2024 19:56:45 EST.
/b/913096849 was posted by 71.162.241.154 on 01/28/2024 19:58:42 EST.
/b/913097026 was posted by 71.162.241.154 on 01/28/2024 20:01:52 EST.
/b/913097146 was posted by 71.162.241.154 on 01/28/2024 20:04:11 EST.
/b/913097225 was posted by 71.162.241.154 on 01/28/2024 20:05:55 EST.
/b/913097302 was posted by 71.162.241.154 on 01/28/2024 20:07:48 EST.
/b/913097526 was posted by 71.162.241.154 on 01/28/2024 20:12:48 EST.
/b/913097790 was posted by 71.162.241.154 on 01/28/2024 20:18:13 EST.
/b/913098212 was posted by 71.162.241.154 on 01/28/2024 20:28:43 EST.
```

```
Report #3325 generated on 2024-01-28 23:02:21 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
====================================================
Post Numbers:
/b/913098440
/b/913098501
/b/913099071
/b/913099117
/b/913099353
/b/913099412
/b/913100330
/b/913101302


Associated IPs (1):
====================
71.162.241.154


Post times (8):
====================
/b/913098440 was posted by 71.162.241.154 on 01/28/2024 20:34:21 EST.
/b/913098501 was posted by 71.162.241.154 on 01/28/2024 20:36:34 EST.
/b/913099071 was posted by 71.162.241.154 on 01/28/2024 20:49:21 EST.
/b/913099117 was posted by 71.162.241.154 on 01/28/2024 20:50:18 EST.
/b/913099353 was posted by 71.162.241.154 on 01/28/2024 20:55:51 EST.
/b/913099412 was posted by 71.162.241.154 on 01/28/2024 20:57:20 EST.
/b/913100330 was posted by 71.162.241.154 on 01/28/2024 21:16:57 EST.
/b/913101302 was posted by 71.162.241.154 on 01/28/2024 21:37:49 EST.
```

```
Report #3326 generated on 2024-01-30 13:36:08 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/913173506
/b/913173524
/b/913173560
/b/913173627
/b/913173595
/b/913174045
/b/913174064
/b/913174528
/b/913174669
/b/913174792
/b/913174816
/b/913174868
/b/913174909
/b/913175003
/b/913175144
/b/913175157
/b/913175369
/b/913175400
/b/913175816
/b/913175838
/b/913176337
/b/913176594


Associated IPs (11):
====================
172.56.216.10
104.34.201.227
172.56.216.222
172.56.217.234
172.56.217.32
172.56.217.216
172.56.217.110
172.56.28.108
172.56.29.6
172.56.28.230
172.56.28.90


Post times (22):
====================
```

```
/b/913173506 was posted by 172.56.216.10 on 01/30/2024 09:37:33 EST.
/b/913173524 was posted by 172.56.216.10 on 01/30/2024 09:38:14 EST.
/b/913173560 was posted by 172.56.216.10 on 01/30/2024 09:39:22 EST.
/b/913173627 was posted by 172.56.216.10 on 01/30/2024 09:41:40 EST.
/b/913173595 was posted by 104.34.201.227 on 01/30/2024 09:40:45 EST.
/b/913174045 was posted by 172.56.216.222 on 01/30/2024 09:56:11 EST.
/b/913174064 was posted by 172.56.216.222 on 01/30/2024 09:56:45 EST.
/b/913174528 was posted by 172.56.217.234 on 01/30/2024 10:12:05 EST.
/b/913174669 was posted by 172.56.217.234 on 01/30/2024 10:15:53 EST.
/b/913174792 was posted by 172.56.217.32 on 01/30/2024 10:19:30 EST.
/b/913174816 was posted by 172.56.217.32 on 01/30/2024 10:20:15 EST.
/b/913174868 was posted by 172.56.217.32 on 01/30/2024 10:21:51 EST.
/b/913174909 was posted by 172.56.217.32 on 01/30/2024 10:22:58 EST.
/b/913175003 was posted by 172.56.217.216 on 01/30/2024 10:26:15 EST.
/b/913175144 was posted by 172.56.217.110 on 01/30/2024 10:31:16 EST.
/b/913175157 was posted by 172.56.217.110 on 01/30/2024 10:31:49 EST.
/b/913175369 was posted by 172.56.28.108 on 01/30/2024 10:37:49 EST.
/b/913175400 was posted by 172.56.28.108 on 01/30/2024 10:38:37 EST.
/b/913175816 was posted by 172.56.29.6 on 01/30/2024 10:49:11 EST.
/b/913175838 was posted by 172.56.29.6 on 01/30/2024 10:50:02 EST.
/b/913176337 was posted by 172.56.28.230 on 01/30/2024 11:02:27 EST.
/b/913176594 was posted by 172.56.28.90 on 01/30/2024 11:09:17 EST.
```

```
Report #3331 generated on 2024-02-02 12:13:31 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/913321696
/b/913321747
/b/913322161
/b/913322180
/b/913322229
/b/913322262
/b/913322277
/b/913322307
/b/913322708
/b/913323174
/b/913323767
/b/913323940
/b/913325657
/b/913326387
/b/913326568


Associated IPs (5):
====================
71.162.241.154
98.115.120.46
174.249.80.43
72.74.49.73
96.232.202.48


Post times (15):
====================
/b/913321696 was posted by 71.162.241.154 on 02/02/2024 08:53:48 EST.
/b/913321747 was posted by 71.162.241.154 on 02/02/2024 08:55:18 EST.
/b/913322161 was posted by 98.115.120.46 on 02/02/2024 09:09:27 EST.
/b/913322180 was posted by 71.162.241.154 on 02/02/2024 09:10:05 EST.
/b/913322229 was posted by 174.249.80.43 on 02/02/2024 09:11:55 EST.
/b/913322262 was posted by 98.115.120.46 on 02/02/2024 09:13:14 EST.
/b/913322277 was posted by 71.162.241.154 on 02/02/2024 09:13:39 EST.
/b/913322307 was posted by 71.162.241.154 on 02/02/2024 09:14:50 EST.
/b/913322708 was posted by 72.74.49.73 on 02/02/2024 09:29:29 EST.
/b/913323174 was posted by 98.115.120.46 on 02/02/2024 09:44:10 EST.
/b/913323767 was posted by 71.162.241.154 on 02/02/2024 10:01:32 EST.
/b/913323940 was posted by 96.232.202.48 on 02/02/2024 10:07:10 EST.
/b/913325657 was posted by 71.162.241.154 on 02/02/2024 10:59:28 EST.
```

```
/b/913326387 was posted by 98.115.120.46 on 02/02/2024 11:22:11 EST.
/b/913326568 was posted by 98.115.120.46 on 02/02/2024 11:27:42 EST.
```

```
Report #3336 generated on 2024-02-07 16:06:32 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
====================================================
Post Numbers:
/b/913583522
/b/913584933
/b/913585029


Associated IPs (3):
====================
99.26.137.92
108.18.143.160
12.146.44.50


Post times (3):
====================
/b/913583522 was posted by 99.26.137.92 on 02/07/2024 13:47:27 EST.
/b/913584933 was posted by 108.18.143.160 on 02/07/2024 14:22:25 EST.
/b/913585029 was posted by 12.146.44.50 on 02/07/2024 14:24:36 EST.
```

```
Report #3337 generated on 2024-02-09 10:06:16 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/913674318
/b/913674339
/b/913674358


Associated IPs (1):
====================
71.162.241.154


Post times (3):
====================
/b/913674318 was posted by 71.162.241.154 on 02/09/2024 08:24:16 EST.
/b/913674339 was posted by 71.162.241.154 on 02/09/2024 08:24:53 EST.
/b/913674358 was posted by 71.162.241.154 on 02/09/2024 08:25:26 EST.
```

```
Report #3338 generated on 2024-02-10 11:18:03 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/913729246
/b/913729289
/b/913729383
/b/913727048
/b/913727081
/b/913727100
/b/913727236
/b/913727543
/b/913727730
/b/913727809
/b/913727898
/b/913727522
/b/913728788
/b/913728805
/b/913728894
/b/913728915


Associated IPs (1):
====================
71.162.241.154


Post times (16):
====================
/b/913729246 was posted by 71.162.241.154 on 02/10/2024 09:33:31 EST.
/b/913729289 was posted by 71.162.241.154 on 02/10/2024 09:34:49 EST.
/b/913729383 was posted by 71.162.241.154 on 02/10/2024 09:37:17 EST.
/b/913727048 was posted by 71.162.241.154 on 02/10/2024 08:21:52 EST.
/b/913727081 was posted by 71.162.241.154 on 02/10/2024 08:22:54 EST.
/b/913727100 was posted by 71.162.241.154 on 02/10/2024 08:23:35 EST.
/b/913727236 was posted by 71.162.241.154 on 02/10/2024 08:28:42 EST.
/b/913727543 was posted by 71.162.241.154 on 02/10/2024 08:41:56 EST.
/b/913727730 was posted by 71.162.241.154 on 02/10/2024 08:47:47 EST.
/b/913727809 was posted by 71.162.241.154 on 02/10/2024 08:50:16 EST.
/b/913727898 was posted by 71.162.241.154 on 02/10/2024 08:52:52 EST.
/b/913727522 was posted by 71.162.241.154 on 02/10/2024 08:40:55 EST.
/b/913728788 was posted by 71.162.241.154 on 02/10/2024 09:18:25 EST.
/b/913728805 was posted by 71.162.241.154 on 02/10/2024 09:19:12 EST.
/b/913728894 was posted by 71.162.241.154 on 02/10/2024 09:22:18 EST.
/b/913728915 was posted by 71.162.241.154 on 02/10/2024 09:22:50 EST.
```

```
Report #3339 generated on 2024-02-11 17:28:20 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/913752070
/b/913773179
/b/913776781
/b/913776801
/b/913777062
/b/913777216
/b/913777326
/b/913777553
/b/913777624
/b/913777649
/b/913777757
/b/913777777
/b/913777854
/b/913777910
/b/913777939
/b/913778266
/b/913778287
/b/913778410
/b/913778939
/b/913778957


Associated IPs (5):
====================
186.235.48.144
174.231.139.146
71.162.241.154
217.251.221.88
174.105.236.141


Post times (20):
====================
/b/913752070 was posted by 186.235.48.144 on 02/10/2024 19:34:39 EST.
/b/913773179 was posted by 174.231.139.146 on 02/11/2024 06:06:58 EST.
/b/913776781 was posted by 71.162.241.154 on 02/11/2024 08:42:17 EST.
/b/913776801 was posted by 71.162.241.154 on 02/11/2024 08:42:59 EST.
/b/913777062 was posted by 71.162.241.154 on 02/11/2024 08:54:17 EST.
/b/913777216 was posted by 71.162.241.154 on 02/11/2024 09:00:25 EST.
/b/913777326 was posted by 71.162.241.154 on 02/11/2024 09:04:00 EST.
/b/913777553 was posted by 71.162.241.154 on 02/11/2024 09:11:28 EST.
```

```
/b/913777624 was posted by 71.162.241.154 on 02/11/2024 09:13:49 EST.
/b/913777649 was posted by 71.162.241.154 on 02/11/2024 09:14:41 EST.
/b/913777757 was posted by 71.162.241.154 on 02/11/2024 09:17:59 EST.
/b/913777777 was posted by 71.162.241.154 on 02/11/2024 09:18:33 EST.
/b/913777854 was posted by 217.251.221.88 on 02/11/2024 09:20:43 EST.
/b/913777910 was posted by 71.162.241.154 on 02/11/2024 09:22:18 EST.
/b/913777939 was posted by 71.162.241.154 on 02/11/2024 09:23:04 EST.
/b/913778266 was posted by 71.162.241.154 on 02/11/2024 09:35:12 EST.
/b/913778287 was posted by 71.162.241.154 on 02/11/2024 09:35:45 EST.
/b/913778410 was posted by 174.105.236.141 on 02/11/2024 09:40:24 EST.
/b/913778939 was posted by 71.162.241.154 on 02/11/2024 09:56:59 EST.
/b/913778957 was posted by 71.162.241.154 on 02/11/2024 09:57:36 EST.
```

```
Report #3341 generated on 2024-02-12 19:14:06 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
====================================================
Post Numbers:
/b/913845113
/b/913844260
/b/913844283
/b/913844305
/b/913844502
/b/913844605
/b/913844732
/b/913844991
/b/913845149
/b/913845325
/b/913845627
/b/913845845


Associated IPs (2):
====================
98.195.160.105
71.162.241.154


Post times (12):
====================
/b/913845113 was posted by 98.195.160.105 on 02/12/2024 16:08:57 EST.
/b/913844260 was posted by 71.162.241.154 on 02/12/2024 15:48:58 EST.
/b/913844283 was posted by 71.162.241.154 on 02/12/2024 15:49:34 EST.
/b/913844305 was posted by 71.162.241.154 on 02/12/2024 15:50:08 EST.
/b/913844502 was posted by 71.162.241.154 on 02/12/2024 15:54:45 EST.
/b/913844605 was posted by 71.162.241.154 on 02/12/2024 15:57:09 EST.
/b/913844732 was posted by 71.162.241.154 on 02/12/2024 15:59:49 EST.
/b/913844991 was posted by 71.162.241.154 on 02/12/2024 16:06:04 EST.
/b/913845149 was posted by 71.162.241.154 on 02/12/2024 16:10:02 EST.
/b/913845325 was posted by 71.162.241.154 on 02/12/2024 16:14:21 EST.
/b/913845627 was posted by 71.162.241.154 on 02/12/2024 16:20:16 EST.
/b/913845845 was posted by 71.162.241.154 on 02/12/2024 16:24:17 EST.
```

```
Report #3343 generated on 2024-02-17 15:22:51 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
====================================================
Post Numbers:
/b/914062860
/b/914063063
/b/914063212
/b/914063623


Associated IPs (1):
====================
71.162.241.154


Post times (4):
====================
/b/914062860 was posted by 71.162.241.154 on 02/17/2024 09:25:07 EST.
/b/914063063 was posted by 71.162.241.154 on 02/17/2024 09:33:33 EST.
/b/914063212 was posted by 71.162.241.154 on 02/17/2024 09:39:00 EST.
/b/914063623 was posted by 71.162.241.154 on 02/17/2024 09:52:57 EST.
```

```
Report #3344 generated on 2024-02-18 17:49:48 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/914120169
/b/914120231
/b/914121076
/b/914090674
/b/914084848
/b/914084914
/b/914085043
/b/914085147
/b/914085403
/b/914085526
/b/914085602
/b/914086159
/b/914086206
/b/914086412
/b/914086681
/b/914086936
/b/914088805
/b/914089072
/b/914089215
/b/914089712
/b/914089946
/b/914090348
/b/914090573
/b/914092576


Associated IPs (1):
====================
71.162.241.154


Post times (24):
====================
/b/914120169 was posted by 71.162.241.154 on 02/18/2024 13:22:57 EST.
/b/914120231 was posted by 71.162.241.154 on 02/18/2024 13:24:28 EST.
/b/914121076 was posted by 71.162.241.154 on 02/18/2024 13:44:41 EST.
/b/914090674 was posted by 71.162.241.154 on 02/17/2024 22:16:14 EST.
/b/914084848 was posted by 71.162.241.154 on 02/17/2024 19:59:55 EST.
/b/914084914 was posted by 71.162.241.154 on 02/17/2024 20:01:17 EST.
/b/914085043 was posted by 71.162.241.154 on 02/17/2024 20:03:32 EST.
/b/914085147 was posted by 71.162.241.154 on 02/17/2024 20:05:39 EST.
```

```
/b/914085403 was posted by 71.162.241.154 on 02/17/2024 20:11:25 EST.
/b/914085526 was posted by 71.162.241.154 on 02/17/2024 20:14:15 EST.
/b/914085602 was posted by 71.162.241.154 on 02/17/2024 20:16:01 EST.
/b/914086159 was posted by 71.162.241.154 on 02/17/2024 20:30:01 EST.
/b/914086206 was posted by 71.162.241.154 on 02/17/2024 20:31:26 EST.
/b/914086412 was posted by 71.162.241.154 on 02/17/2024 20:37:35 EST.
/b/914086681 was posted by 71.162.241.154 on 02/17/2024 20:44:36 EST.
/b/914086936 was posted by 71.162.241.154 on 02/17/2024 20:50:06 EST.
/b/914088805 was posted by 71.162.241.154 on 02/17/2024 21:30:28 EST.
/b/914089072 was posted by 71.162.241.154 on 02/17/2024 21:37:38 EST.
/b/914089215 was posted by 71.162.241.154 on 02/17/2024 21:41:12 EST.
/b/914089712 was posted by 71.162.241.154 on 02/17/2024 21:52:14 EST.
/b/914089946 was posted by 71.162.241.154 on 02/17/2024 21:57:55 EST.
/b/914090348 was posted by 71.162.241.154 on 02/17/2024 22:07:42 EST.
/b/914090573 was posted by 71.162.241.154 on 02/17/2024 22:13:16 EST.
/b/914092576 was posted by 71.162.241.154 on 02/17/2024 23:04:06 EST.
```

```
Report #3345 generated on 2024-02-20 11:26:30 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/914198470
/b/914198599
/b/914198694
/b/914198777
/b/914198888
/b/914198995
/b/914199636
/b/914200180


Associated IPs (1):
====================
71.162.241.154


Post times (8):
====================
/b/914198470 was posted by 71.162.241.154 on 02/19/2024 22:52:37 EST.
/b/914198599 was posted by 71.162.241.154 on 02/19/2024 22:55:25 EST.
/b/914198694 was posted by 71.162.241.154 on 02/19/2024 22:57:32 EST.
/b/914198777 was posted by 71.162.241.154 on 02/19/2024 22:59:31 EST.
/b/914198888 was posted by 71.162.241.154 on 02/19/2024 23:02:17 EST.
/b/914198995 was posted by 71.162.241.154 on 02/19/2024 23:04:50 EST.
/b/914199636 was posted by 71.162.241.154 on 02/19/2024 23:19:51 EST.
/b/914200180 was posted by 71.162.241.154 on 02/19/2024 23:33:13 EST.
```

```
Report #3346 generated on 2024-02-20 15:38:05 EST.
Requested by Daniel S. Szalkiewicz, Esq. <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
======================================================
Post Numbers:
/b/914219206
/b/914219441
/b/914219567
/b/914219717
/b/914219837
/b/914220072
/b/914220171
/b/914220971


Associated IPs (1):
=====================
71.162.241.154


Post times (8):
=====================
/b/914219206 was posted by 71.162.241.154 on 02/20/2024 10:54:06 EST.
/b/914219441 was posted by 71.162.241.154 on 02/20/2024 11:00:08 EST.
/b/914219567 was posted by 71.162.241.154 on 02/20/2024 11:04:19 EST.
/b/914219717 was posted by 71.162.241.154 on 02/20/2024 11:07:50 EST.
/b/914219837 was posted by 71.162.241.154 on 02/20/2024 11:10:50 EST.
/b/914220072 was posted by 71.162.241.154 on 02/20/2024 11:16:30 EST.
/b/914220171 was posted by 71.162.241.154 on 02/20/2024 11:18:58 EST.
/b/914220971 was posted by 71.162.241.154 on 02/20/2024 11:32:59 EST.
```

```
Report #3348 generated on 2024-02-22 11:24:19 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/914290067
/b/914290604


Associated IPs (1):
====================
71.162.241.154


Post times (2):
====================
/b/914290067 was posted by 71.162.241.154 on 02/21/2024 18:06:05 EST.
/b/914290604 was posted by 71.162.241.154 on 02/21/2024 18:17:45 EST.
```

```
Report #3349 generated on 2024-02-25 13:29:03 EST.
Requested by DANIEL SZALKIEWICZ <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/914466324
/b/914466348
/b/914466637
/b/914466793
/b/914466870


Associated IPs (1):
====================
172.56.28.154


Post times (5):
=====================
/b/914466324 was posted by 172.56.28.154 on 02/25/2024 07:17:04 EST.
/b/914466348 was posted by 172.56.28.154 on 02/25/2024 07:18:23 EST.
/b/914466637 was posted by 172.56.28.154 on 02/25/2024 07:31:48 EST.
/b/914466793 was posted by 172.56.28.154 on 02/25/2024 07:38:45 EST.
/b/914466870 was posted by 172.56.28.154 on 02/25/2024 07:41:54 EST.
```

```
Report #3350 generated on 2024-02-26 10:39:43 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/914473116
/b/914473882
/b/914474023
/b/914474120
/b/914474299
/b/914474377
/b/914474510
/b/914483232


Associated IPs (2):
====================
76.67.160.91
71.162.241.154


Post times (8):
====================
/b/914473116 was posted by 76.67.160.91 on 02/25/2024 10:57:39 EST.
/b/914473882 was posted by 71.162.241.154 on 02/25/2024 11:16:19 EST.
/b/914474023 was posted by 71.162.241.154 on 02/25/2024 11:19:13 EST.
/b/914474120 was posted by 71.162.241.154 on 02/25/2024 11:21:33 EST.
/b/914474299 was posted by 71.162.241.154 on 02/25/2024 11:25:58 EST.
/b/914474377 was posted by 71.162.241.154 on 02/25/2024 11:28:00 EST.
/b/914474510 was posted by 71.162.241.154 on 02/25/2024 11:31:52 EST.
/b/914483232 was posted by 71.162.241.154 on 02/25/2024 15:25:24 EST.
```

```
Report #3354 generated on 2024-02-29 12:43:39 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/914667036
/b/914667492
/b/914667593
/b/914667646
/b/914667681
/b/914670001
/b/914667003
/b/914667552
/b/914667629


Associated IPs (2):
====================
71.162.241.154
71.234.40.55


Post times (9):
====================
/b/914667036 was posted by 71.162.241.154 on 02/29/2024 09:22:40 EST.
/b/914667492 was posted by 71.162.241.154 on 02/29/2024 09:26:36 EST.
/b/914667593 was posted by 71.162.241.154 on 02/29/2024 09:30:26 EST.
/b/914667646 was posted by 71.162.241.154 on 02/29/2024 09:32:25 EST.
/b/914667681 was posted by 71.162.241.154 on 02/29/2024 09:33:34 EST.
/b/914670001 was posted by 71.234.40.55 on 02/29/2024 10:54:20 EST.
/b/914667003 was posted by 71.162.241.154 on 02/29/2024 09:21:33 EST.
/b/914667552 was posted by 71.162.241.154 on 02/29/2024 09:28:56 EST.
/b/914667629 was posted by 71.162.241.154 on 02/29/2024 09:31:42 EST.
```

```
Report #3355 generated on 2024-02-29 16:09:49 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
Post Numbers:
/b/914680740
/b/914676029
/b/914676056
/b/914677295
/b/914677804
/b/914678857
/b/914679849
/b/914679956
/b/914680071
/b/914680305
/b/914680465
/b/914680627
/b/914680654
/b/914680740
/b/914680869
/b/914679527


Associated IPs (1):
====================
74.109.20.72


Post times (15):
====================
/b/914680740 was posted by 74.109.20.72 on 02/29/2024 15:14:56 EST.
/b/914676029 was posted by 74.109.20.72 on 02/29/2024 13:25:12 EST.
/b/914676056 was posted by 74.109.20.72 on 02/29/2024 13:25:53 EST.
/b/914677295 was posted by 74.109.20.72 on 02/29/2024 13:49:49 EST.
/b/914677804 was posted by 74.109.20.72 on 02/29/2024 14:01:14 EST.
/b/914678857 was posted by 74.109.20.72 on 02/29/2024 14:26:18 EST.
/b/914679849 was posted by 74.109.20.72 on 02/29/2024 14:52:09 EST.
/b/914679956 was posted by 74.109.20.72 on 02/29/2024 14:55:04 EST.
/b/914680071 was posted by 74.109.20.72 on 02/29/2024 14:58:23 EST.
/b/914680305 was posted by 74.109.20.72 on 02/29/2024 15:04:30 EST.
/b/914680465 was posted by 74.109.20.72 on 02/29/2024 15:08:04 EST.
/b/914680627 was posted by 74.109.20.72 on 02/29/2024 15:12:21 EST.
/b/914680654 was posted by 74.109.20.72 on 02/29/2024 15:13:00 EST.
/b/914680869 was posted by 74.109.20.72 on 02/29/2024 15:18:28 EST.
/b/914679527 was posted by 74.109.20.72 on 02/29/2024 14:44:02 EST.
```

```
Report #3356 generated on 2024-02-29 16:10:57 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=======================================================
IPs:
71.162.241.154


Post times (91):
=====================
/b/914349813 was posted by 71.162.241.154 on 02/22/2024 22:56:29 EST.
/b/914350413 was posted by 71.162.241.154 on 02/22/2024 23:12:32 EST.
/b/914350475 was posted by 71.162.241.154 on 02/22/2024 23:13:58 EST.
/b/914350849 was posted by 71.162.241.154 on 02/22/2024 23:23:00 EST.
/b/914351025 was posted by 71.162.241.154 on 02/22/2024 23:28:00 EST.
/b/914351215 was posted by 71.162.241.154 on 02/22/2024 23:33:27 EST.
/b/914404730 was posted by 71.162.241.154 on 02/24/2024 00:26:21 EST.
/b/914426201 was posted by 71.162.241.154 on 02/24/2024 12:11:17 EST.
/b/914426316 was posted by 71.162.241.154 on 02/24/2024 12:14:47 EST.
/b/914426340 was posted by 71.162.241.154 on 02/24/2024 12:15:19 EST.
/b/914426970 was posted by 71.162.241.154 on 02/24/2024 12:35:28 EST.
/b/914427236 was posted by 71.162.241.154 on 02/24/2024 12:43:45 EST.
/b/914428015 was posted by 71.162.241.154 on 02/24/2024 13:03:48 EST.
/b/914430151 was posted by 71.162.241.154 on 02/24/2024 13:59:14 EST.
/b/914430233 was posted by 71.162.241.154 on 02/24/2024 14:01:30 EST.
/b/914430355 was posted by 71.162.241.154 on 02/24/2024 14:04:40 EST.
/b/914430453 was posted by 71.162.241.154 on 02/24/2024 14:07:01 EST.
/b/914430536 was posted by 71.162.241.154 on 02/24/2024 14:09:06 EST.
/b/914430573 was posted by 71.162.241.154 on 02/24/2024 14:09:54 EST.
/b/914430765 was posted by 71.162.241.154 on 02/24/2024 14:14:49 EST.
/b/914430788 was posted by 71.162.241.154 on 02/24/2024 14:15:22 EST.
/b/914430872 was posted by 71.162.241.154 on 02/24/2024 14:17:39 EST.
/b/914430932 was posted by 71.162.241.154 on 02/24/2024 14:18:53 EST.
/b/914431010 was posted by 71.162.241.154 on 02/24/2024 14:20:44 EST.
/b/914431069 was posted by 71.162.241.154 on 02/24/2024 14:22:03 EST.
/b/914431121 was posted by 71.162.241.154 on 02/24/2024 14:23:18 EST.
/b/914431178 was posted by 71.162.241.154 on 02/24/2024 14:24:54 EST.
/b/914431245 was posted by 71.162.241.154 on 02/24/2024 14:26:32 EST.
/b/914431427 was posted by 71.162.241.154 on 02/24/2024 14:31:13 EST.
/b/914431478 was posted by 71.162.241.154 on 02/24/2024 14:32:35 EST.
/b/914431586 was posted by 71.162.241.154 on 02/24/2024 14:35:57 EST.
/b/914449649 was posted by 71.162.241.154 on 02/24/2024 22:11:50 EST.
/b/914449831 was posted by 71.162.241.154 on 02/24/2024 22:15:39 EST.
/b/914450119 was posted by 71.162.241.154 on 02/24/2024 22:23:05 EST.
/b/914450922 was posted by 71.162.241.154 on 02/24/2024 22:46:03 EST.
/b/914451073 was posted by 71.162.241.154 on 02/24/2024 22:50:30 EST.
```

```
/b/914473882 was posted by 71.162.241.154 on 02/25/2024 11:16:19 EST.
/b/914474023 was posted by 71.162.241.154 on 02/25/2024 11:19:13 EST.
/b/914474120 was posted by 71.162.241.154 on 02/25/2024 11:21:33 EST.
/b/914474299 was posted by 71.162.241.154 on 02/25/2024 11:25:58 EST.
/b/914474377 was posted by 71.162.241.154 on 02/25/2024 11:28:00 EST.
/b/914474510 was posted by 71.162.241.154 on 02/25/2024 11:31:52 EST.
/b/914483232 was posted by 71.162.241.154 on 02/25/2024 15:25:24 EST.
/b/914483318 was posted by 71.162.241.154 on 02/25/2024 15:28:46 EST.
/b/914483349 was posted by 71.162.241.154 on 02/25/2024 15:30:03 EST.
/b/914484072 was posted by 71.162.241.154 on 02/25/2024 15:40:23 EST.
/b/914484216 was posted by 71.162.241.154 on 02/25/2024 15:44:12 EST.
/b/914484328 was posted by 71.162.241.154 on 02/25/2024 15:46:52 EST.
/b/914484513 was posted by 71.162.241.154 on 02/25/2024 15:51:06 EST.
/b/914484547 was posted by 71.162.241.154 on 02/25/2024 15:51:55 EST.
/b/914500326 was posted by 71.162.241.154 on 02/25/2024 22:44:46 EST.
/b/914500385 was posted by 71.162.241.154 on 02/25/2024 22:45:59 EST.
/b/914500548 was posted by 71.162.241.154 on 02/25/2024 22:49:31 EST.
/b/914500655 was posted by 71.162.241.154 on 02/25/2024 22:52:06 EST.
/b/914500847 was posted by 71.162.241.154 on 02/25/2024 22:56:59 EST.
/b/914500875 was posted by 71.162.241.154 on 02/25/2024 22:57:34 EST.
/b/914500961 was posted by 71.162.241.154 on 02/25/2024 22:59:59 EST.
/b/914501000 was posted by 71.162.241.154 on 02/25/2024 23:00:56 EST.
/b/914501093 was posted by 71.162.241.154 on 02/25/2024 23:03:16 EST.
/b/914501427 was posted by 71.162.241.154 on 02/25/2024 23:10:41 EST.
/b/914501549 was posted by 71.162.241.154 on 02/25/2024 23:13:29 EST.
/b/914501703 was posted by 71.162.241.154 on 02/25/2024 23:16:47 EST.
/b/914501834 was posted by 71.162.241.154 on 02/25/2024 23:19:38 EST.
/b/914501864 was posted by 71.162.241.154 on 02/25/2024 23:20:15 EST.
/b/914502072 was posted by 71.162.241.154 on 02/25/2024 23:25:08 EST.
/b/914502230 was posted by 71.162.241.154 on 02/25/2024 23:29:01 EST.
/b/914502353 was posted by 71.162.241.154 on 02/25/2024 23:32:07 EST.
/b/914502382 was posted by 71.162.241.154 on 02/25/2024 23:33:04 EST.
/b/914503110 was posted by 71.162.241.154 on 02/25/2024 23:50:42 EST.
/b/914573090 was posted by 71.162.241.154 on 02/27/2024 11:27:43 EST.
/b/914573111 was posted by 71.162.241.154 on 02/27/2024 11:28:30 EST.
/b/914573231 was posted by 71.162.241.154 on 02/27/2024 11:31:28 EST.
/b/914573249 was posted by 71.162.241.154 on 02/27/2024 11:32:01 EST.
/b/914573478 was posted by 71.162.241.154 on 02/27/2024 11:37:32 EST.
/b/914573617 was posted by 71.162.241.154 on 02/27/2024 11:42:27 EST.
/b/914573929 was posted by 71.162.241.154 on 02/27/2024 11:50:13 EST.
/b/914619594 was posted by 71.162.241.154 on 02/28/2024 10:09:37 EST.
/b/914619646 was posted by 71.162.241.154 on 02/28/2024 10:11:34 EST.
/b/914619794 was posted by 71.162.241.154 on 02/28/2024 10:17:20 EST.
/b/914619936 was posted by 71.162.241.154 on 02/28/2024 10:21:11 EST.
/b/914620807 was posted by 71.162.241.154 on 02/28/2024 10:38:43 EST.
/b/914620828 was posted by 71.162.241.154 on 02/28/2024 10:39:18 EST.
/b/914667003 was posted by 71.162.241.154 on 02/29/2024 09:21:33 EST.
/b/914667036 was posted by 71.162.241.154 on 02/29/2024 09:22:40 EST.
/b/914667492 was posted by 71.162.241.154 on 02/29/2024 09:26:36 EST.
/b/914667552 was posted by 71.162.241.154 on 02/29/2024 09:28:56 EST.
```

```
/b/914667593 was posted by 71.162.241.154 on 02/29/2024 09:30:26 EST.
/b/914667629 was posted by 71.162.241.154 on 02/29/2024 09:31:42 EST.
/b/914667646 was posted by 71.162.241.154 on 02/29/2024 09:32:25 EST.
/b/914667681 was posted by 71.162.241.154 on 02/29/2024 09:33:34 EST.
/b/914667831 was posted by 71.162.241.154 on 02/29/2024 09:38:36 EST.


Ban records (1):
====================
Ban #25865965
--------------------
Banned IP: 71.162.241.154 (Hostname: 71.162.241.154)
Banned on: 01/12/2024 08:20:20 EST
Public ban reason: session threads are forbidden
Private ban reason: via search, pid: 912228675,
{&quot;thread_id&quot;:&quot;912207491&quot;}
Deletion password: 058a7d6d6002801e85948ee91ac82090
--------------------
```

```
Report #3357 generated on 2024-02-29 19:48:27 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
=====================================================
IPs:
74.109.20.72


Post times (40):
====================
/b/914674773 was posted by 74.109.20.72 on 02/29/2024 12:56:16 EST.
/b/914674930 was posted by 74.109.20.72 on 02/29/2024 12:59:53 EST.
/b/914675209 was posted by 74.109.20.72 on 02/29/2024 13:06:21 EST.
/b/914675425 was posted by 74.109.20.72 on 02/29/2024 13:12:07 EST.
/b/914675720 was posted by 74.109.20.72 on 02/29/2024 13:18:46 EST.
/b/914676029 was posted by 74.109.20.72 on 02/29/2024 13:25:12 EST.
/b/914676056 was posted by 74.109.20.72 on 02/29/2024 13:25:53 EST.
/b/914677295 was posted by 74.109.20.72 on 02/29/2024 13:49:49 EST.
/b/914677384 was posted by 74.109.20.72 on 02/29/2024 13:51:32 EST.
/b/914677480 was posted by 74.109.20.72 on 02/29/2024 13:53:41 EST.
/b/914677653 was posted by 74.109.20.72 on 02/29/2024 13:57:35 EST.
/b/914677742 was posted by 74.109.20.72 on 02/29/2024 13:59:44 EST.
/b/914677804 was posted by 74.109.20.72 on 02/29/2024 14:01:14 EST.
/b/914677846 was posted by 74.109.20.72 on 02/29/2024 14:02:20 EST.
/b/914677954 was posted by 74.109.20.72 on 02/29/2024 14:04:43 EST.
/b/914678002 was posted by 74.109.20.72 on 02/29/2024 14:05:45 EST.
/b/914678087 was posted by 74.109.20.72 on 02/29/2024 14:07:49 EST.
/b/914678245 was posted by 74.109.20.72 on 02/29/2024 14:10:52 EST.
/b/914678380 was posted by 74.109.20.72 on 02/29/2024 14:13:40 EST.
/b/914678564 was posted by 74.109.20.72 on 02/29/2024 14:18:10 EST.
/b/914678689 was posted by 74.109.20.72 on 02/29/2024 14:21:42 EST.
/b/914678801 was posted by 74.109.20.72 on 02/29/2024 14:24:40 EST.
/b/914678857 was posted by 74.109.20.72 on 02/29/2024 14:26:18 EST.
/b/914678908 was posted by 74.109.20.72 on 02/29/2024 14:27:33 EST.
/b/914679314 was posted by 74.109.20.72 on 02/29/2024 14:38:03 EST.
/b/914679448 was posted by 74.109.20.72 on 02/29/2024 14:42:08 EST.
/b/914679527 was posted by 74.109.20.72 on 02/29/2024 14:44:02 EST.
/b/914679849 was posted by 74.109.20.72 on 02/29/2024 14:52:09 EST.
/b/914679956 was posted by 74.109.20.72 on 02/29/2024 14:55:04 EST.
/b/914680071 was posted by 74.109.20.72 on 02/29/2024 14:58:23 EST.
/b/914680305 was posted by 74.109.20.72 on 02/29/2024 15:04:30 EST.
/b/914680465 was posted by 74.109.20.72 on 02/29/2024 15:08:04 EST.
/b/914680627 was posted by 74.109.20.72 on 02/29/2024 15:12:21 EST.
/b/914680654 was posted by 74.109.20.72 on 02/29/2024 15:13:00 EST.
/b/914680740 was posted by 74.109.20.72 on 02/29/2024 15:14:56 EST.
/b/914680869 was posted by 74.109.20.72 on 02/29/2024 15:18:28 EST.
```

```
/b/914682098 was posted by 74.109.20.72 on 02/29/2024 15:46:00 EST.
/b/914682171 was posted by 74.109.20.72 on 02/29/2024 15:47:33 EST.
/b/914682974 was posted by 74.109.20.72 on 02/29/2024 16:06:14 EST.
/b/914683310 was posted by 74.109.20.72 on 02/29/2024 16:14:17 EST.
```

```
Report #3362 generated on 2024-03-01 22:54:34 EST.
Requested by Daniel Szalkiewicz <daniel@lawdss.com>.
Case ID: 820153/2023E.
Records provided pursuant to a subpoena.
All records made and kept in the regular course of business.

This report was generated using the following inputs:
======================================================
IPs:
71.162.241.154


Post times (98):
====================
/b/914404730 was posted by 71.162.241.154 on 02/24/2024 00:26:21 EST.
/b/914426201 was posted by 71.162.241.154 on 02/24/2024 12:11:17 EST.
/b/914426316 was posted by 71.162.241.154 on 02/24/2024 12:14:47 EST.
/b/914426340 was posted by 71.162.241.154 on 02/24/2024 12:15:19 EST.
/b/914426970 was posted by 71.162.241.154 on 02/24/2024 12:35:28 EST.
/b/914427236 was posted by 71.162.241.154 on 02/24/2024 12:43:45 EST.
/b/914428015 was posted by 71.162.241.154 on 02/24/2024 13:03:48 EST.
/b/914430151 was posted by 71.162.241.154 on 02/24/2024 13:59:14 EST.
/b/914430233 was posted by 71.162.241.154 on 02/24/2024 14:01:30 EST.
/b/914430355 was posted by 71.162.241.154 on 02/24/2024 14:04:40 EST.
/b/914430453 was posted by 71.162.241.154 on 02/24/2024 14:07:01 EST.
/b/914430536 was posted by 71.162.241.154 on 02/24/2024 14:09:06 EST.
/b/914430573 was posted by 71.162.241.154 on 02/24/2024 14:09:54 EST.
/b/914430765 was posted by 71.162.241.154 on 02/24/2024 14:14:49 EST.
/b/914430788 was posted by 71.162.241.154 on 02/24/2024 14:15:22 EST.
/b/914430872 was posted by 71.162.241.154 on 02/24/2024 14:17:39 EST.
/b/914430932 was posted by 71.162.241.154 on 02/24/2024 14:18:53 EST.
/b/914431010 was posted by 71.162.241.154 on 02/24/2024 14:20:44 EST.
/b/914431069 was posted by 71.162.241.154 on 02/24/2024 14:22:03 EST.
/b/914431121 was posted by 71.162.241.154 on 02/24/2024 14:23:18 EST.
/b/914431178 was posted by 71.162.241.154 on 02/24/2024 14:24:54 EST.
/b/914431245 was posted by 71.162.241.154 on 02/24/2024 14:26:32 EST.
/b/914431427 was posted by 71.162.241.154 on 02/24/2024 14:31:13 EST.
/b/914431478 was posted by 71.162.241.154 on 02/24/2024 14:32:35 EST.
/b/914431586 was posted by 71.162.241.154 on 02/24/2024 14:35:57 EST.
/b/914449649 was posted by 71.162.241.154 on 02/24/2024 22:11:50 EST.
/b/914449831 was posted by 71.162.241.154 on 02/24/2024 22:15:39 EST.
/b/914450119 was posted by 71.162.241.154 on 02/24/2024 22:23:05 EST.
/b/914450922 was posted by 71.162.241.154 on 02/24/2024 22:46:03 EST.
/b/914451073 was posted by 71.162.241.154 on 02/24/2024 22:50:30 EST.
/b/914473882 was posted by 71.162.241.154 on 02/25/2024 11:16:19 EST.
/b/914474023 was posted by 71.162.241.154 on 02/25/2024 11:19:13 EST.
/b/914474120 was posted by 71.162.241.154 on 02/25/2024 11:21:33 EST.
/b/914474299 was posted by 71.162.241.154 on 02/25/2024 11:25:58 EST.
/b/914474377 was posted by 71.162.241.154 on 02/25/2024 11:28:00 EST.
/b/914474510 was posted by 71.162.241.154 on 02/25/2024 11:31:52 EST.
```

```
/b/914483232 was posted by 71.162.241.154 on 02/25/2024 15:25:24 EST.
/b/914483318 was posted by 71.162.241.154 on 02/25/2024 15:28:46 EST.
/b/914483349 was posted by 71.162.241.154 on 02/25/2024 15:30:03 EST.
/b/914484072 was posted by 71.162.241.154 on 02/25/2024 15:40:23 EST.
/b/914484216 was posted by 71.162.241.154 on 02/25/2024 15:44:12 EST.
/b/914484328 was posted by 71.162.241.154 on 02/25/2024 15:46:52 EST.
/b/914484513 was posted by 71.162.241.154 on 02/25/2024 15:51:06 EST.
/b/914484547 was posted by 71.162.241.154 on 02/25/2024 15:51:55 EST.
/b/914500326 was posted by 71.162.241.154 on 02/25/2024 22:44:46 EST.
/b/914500385 was posted by 71.162.241.154 on 02/25/2024 22:45:59 EST.
/b/914500548 was posted by 71.162.241.154 on 02/25/2024 22:49:31 EST.
/b/914500655 was posted by 71.162.241.154 on 02/25/2024 22:52:06 EST.
/b/914500847 was posted by 71.162.241.154 on 02/25/2024 22:56:59 EST.
/b/914500875 was posted by 71.162.241.154 on 02/25/2024 22:57:34 EST.
/b/914500961 was posted by 71.162.241.154 on 02/25/2024 22:59:59 EST.
/b/914501000 was posted by 71.162.241.154 on 02/25/2024 23:00:56 EST.
/b/914501093 was posted by 71.162.241.154 on 02/25/2024 23:03:16 EST.
/b/914501427 was posted by 71.162.241.154 on 02/25/2024 23:10:41 EST.
/b/914501549 was posted by 71.162.241.154 on 02/25/2024 23:13:29 EST.
/b/914501703 was posted by 71.162.241.154 on 02/25/2024 23:16:47 EST.
/b/914501834 was posted by 71.162.241.154 on 02/25/2024 23:19:38 EST.
/b/914501864 was posted by 71.162.241.154 on 02/25/2024 23:20:15 EST.
/b/914502072 was posted by 71.162.241.154 on 02/25/2024 23:25:08 EST.
/b/914502230 was posted by 71.162.241.154 on 02/25/2024 23:29:01 EST.
/b/914502353 was posted by 71.162.241.154 on 02/25/2024 23:32:07 EST.
/b/914502382 was posted by 71.162.241.154 on 02/25/2024 23:33:04 EST.
/b/914503110 was posted by 71.162.241.154 on 02/25/2024 23:50:42 EST.
/b/914573090 was posted by 71.162.241.154 on 02/27/2024 11:27:43 EST.
/b/914573111 was posted by 71.162.241.154 on 02/27/2024 11:28:30 EST.
/b/914573231 was posted by 71.162.241.154 on 02/27/2024 11:31:28 EST.
/b/914573249 was posted by 71.162.241.154 on 02/27/2024 11:32:01 EST.
/b/914573478 was posted by 71.162.241.154 on 02/27/2024 11:37:32 EST.
/b/914573617 was posted by 71.162.241.154 on 02/27/2024 11:42:27 EST.
/b/914573929 was posted by 71.162.241.154 on 02/27/2024 11:50:13 EST.
/b/914619594 was posted by 71.162.241.154 on 02/28/2024 10:09:37 EST.
/b/914619646 was posted by 71.162.241.154 on 02/28/2024 10:11:34 EST.
/b/914619794 was posted by 71.162.241.154 on 02/28/2024 10:17:20 EST.
/b/914619936 was posted by 71.162.241.154 on 02/28/2024 10:21:11 EST.
/b/914620807 was posted by 71.162.241.154 on 02/28/2024 10:38:43 EST.
/b/914620828 was posted by 71.162.241.154 on 02/28/2024 10:39:18 EST.
/b/914667003 was posted by 71.162.241.154 on 02/29/2024 09:21:33 EST.
/b/914667036 was posted by 71.162.241.154 on 02/29/2024 09:22:40 EST.
/b/914667492 was posted by 71.162.241.154 on 02/29/2024 09:26:36 EST.
/b/914667552 was posted by 71.162.241.154 on 02/29/2024 09:28:56 EST.
/b/914667593 was posted by 71.162.241.154 on 02/29/2024 09:30:26 EST.
/b/914667629 was posted by 71.162.241.154 on 02/29/2024 09:31:42 EST.
/b/914667646 was posted by 71.162.241.154 on 02/29/2024 09:32:25 EST.
/b/914667681 was posted by 71.162.241.154 on 02/29/2024 09:33:34 EST.
/b/914667831 was posted by 71.162.241.154 on 02/29/2024 09:38:36 EST.
/b/914699914 was posted by 71.162.241.154 on 02/29/2024 22:56:26 EST.
```

```
/b/914714319 was posted by 71.162.241.154 on 03/01/2024 08:36:25 EST.
/b/914714393 was posted by 71.162.241.154 on 03/01/2024 08:38:55 EST.
/b/914714639 was posted by 71.162.241.154 on 03/01/2024 08:49:32 EST.
/b/914714898 was posted by 71.162.241.154 on 03/01/2024 09:02:18 EST.
/b/914714979 was posted by 71.162.241.154 on 03/01/2024 09:06:44 EST.
/b/914715023 was posted by 71.162.241.154 on 03/01/2024 09:08:15 EST.
/b/914715060 was posted by 71.162.241.154 on 03/01/2024 09:10:08 EST.
/b/914715215 was posted by 71.162.241.154 on 03/01/2024 09:16:03 EST.
/b/914737331 was posted by 71.162.241.154 on 03/01/2024 19:21:55 EST.
/b/914737511 was posted by 71.162.241.154 on 03/01/2024 19:26:43 EST.
/b/914737533 was posted by 71.162.241.154 on 03/01/2024 19:27:21 EST.
/b/914737629 was posted by 71.162.241.154 on 03/01/2024 19:30:09 EST.


Ban records (1):
====================
Ban #25865965
--------------------
Banned IP: 71.162.241.154 (Hostname: 71.162.241.154)
Banned on: 01/12/2024 08:20:20 EST
Public ban reason: session threads are forbidden
Private ban reason: via search, pid: 912228675,
{&quot;thread_id&quot;:&quot;912207491&quot;}
Deletion password: 058a7d6d6002801e85948ee91ac82090
--------------------
```