# ARIN Whois/RDAP

| 71.162.241.154 | Search |

» Search www.arin.net instead

▸ Search Filter:
**Automatic**

all requests subject to <u>terms of use</u>

"71.162.241.154"

## Network: NET-71-161-224-0-1

**Source Registry**
ARIN

**Net Range**
71.161.224.0 - 71.168.63.255

**CIDR**
71.161.224.0/19
71.162.0.0/15
71.164.0.0/14
71.168.0.0/18

**Name**
VIS-BLOCK

**Handle**
NET-71-161-224-0-1

**Parent**
NET-71-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Wed, 01 Jun 2005 19:21:20 GMT
(Wed Jun 01 2005 local time)

**Last Changed**
Tue, 31 May 2022 18:11:41 GMT
(Tue May 31 2022 local time)

**Comments**
For abuse concerns; please contact abuse@verizon.net

**Self**
https://rdap.arin.net/registry/ip/71.161.224.0

**Alternate**
https://whois.arin.net/rest/net/NET-71-161-224-0-1

**Port 43 Whois**
whois.arin.net

**Related Entities**

▼ 2 Entities

**Source Registry**
ARIN

**Kind**
Org

**Full Name**
Verizon Business

**Handle**
MCICS

**Address**
22001 Loudoun County Pkwy
Ashburn
VA
20147
United States

**Roles**
Registrant

**Registration**
Tue, 30 May 2006 18:02:27 GMT (Tue May 30 2006 local time)

**Last Changed**
Mon, 12 Feb 2024 19:23:05 GMT (Mon Feb 12 2024 local time)

**Self**
https://rdap.arin.net/registry/entity/MCICS

**Alternate**
https://whois.arin.net/rest/org/MCICS

**Port 43 Whois**
whois.arin.net

**Related Entities**

▼ 5 Entities

**Source Registry**
ARIN

**Kind**
Group

**Full Name**
Abuse

**Handle**
ABUSE5603-ARIN

**Email**
abuse@verizon.net

**Telephone**
+1-800-900-0241

**Organization**
Abuse

**Address**
22001 Loudoun County Parkway
Asburn
VA
20147
United States

**Roles**
Abuse

**Registration**
Thu, 18 Aug 2016 17:07:50 GMT (Thu Aug 18 2016 local time)

**Last Changed**
Wed, 20 Sep 2023 21:34:58 GMT (Wed Sep 20 2023 local time)

**Self**
https://rdap.arin.net/registry/entity/ABUSE5603-ARIN

**Alternate**
https://whois.arin.net/rest/poc/ABUSE5603-ARIN

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Kind**
Group

**Full Name**
SWIPPER

**Handle**
SWIPP9-ARIN

**Email**
swipper@verizon.com

**Email**
swipper@verizonbusiness.com

**Email**
IPMGMT@verizon.com

**Telephone**
+1-800-900-0241

**Organization**
SWIPPER

**Address**
22001 Loudoun County Pkwy
Ashburn
VA
20147
United States

**Roles**
Technical

**Registration**
Wed, 30 Nov 2011 16:24:25 GMT (Wed Nov 30 2011 local time)

**Last Changed**
Wed, 07 Feb 2024 18:10:57 GMT (Wed Feb 07 2024 local time)

**Comments**
WHOIS Interaction email only. Does not handle Abuse or Security issues.

**Self**
https://rdap.arin.net/registry/entity/SWIPP9-ARIN

**Alternate**
https://whois.arin.net/rest

/poc/SWIPP9-ARIN

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Kind**
Group

**Full Name**
Verizon Internet Services

**Handle**
VIS1-ARIN

**Email**
IPMGMT@verizon.com

**Telephone**
+1-800-243-6994

**Organization**
Verizon Internet Services

**Address**
1880 Campus Commons Dr
Reston
VA
20191
United States

**Roles**
Administrative

**Registration**

Wed, 06 Nov 2002 22:57:04 GMT (Wed Nov 06 2002 local time)

**Last Changed**

Wed, 07 Feb 2024 18:12:05 GMT (Wed Feb 07 2024 local time)

**Comments**

Admin Interaction email only. Does not handle Abuse or Security issues.

**Self**

https://rdap.arin.net/registry/entity/VIS1-ARIN

**Alternate**

https://whois.arin.net/rest/poc/VIS1-ARIN

**Port 43 Whois**

whois.arin.net

**Source Registry**

ARIN

**Kind**

Group

**Full Name**

VZ-DNSADMIN

**Handle**

VZDNS1-ARIN

**Email**
dnsadmin@verizon.com

**Telephone**
+1-800-900-0241

**Organization**
VZ-DNSADMIN

**Address**
2785 Mitchell Dr.
Walnut Creek
CA
94598
United States

**Roles**
Dns

**Registration**
Mon, 10 Oct 2022 20:20:39 GMT (Mon Oct 10 2022 local time)

**Last Changed**
Mon, 01 Jul 2024 23:00:43 GMT (Mon Jul 01 2024 local time)

**Comments**
We only manage Verizon's internal IT Reverse DNS Zones.

**Self**
https://rdap.arin.net/registry/entity/VZDNS1-ARIN

**Alternate**

https://whois.arin.net/rest/poc/VZDNS1-ARIN

**Port 43**
**Whois**
whois.arin.net

**Source Registry**
ARIN

**Kind**
Group

**Full Name**
abuse

**Handle**
ABUSE3-ARIN

**Email**
abuse-mail@verizonbusiness.com

**Email**
abuse@verizon.net

**Telephone**
+1-800-900-0241

**Organization**
abuse

**Address**
22001 Loudoun County Parkway
Ashburn
VA
20147

United States

**Roles**

Abuse

**Registration**

Sat, 24 Aug 2002 12:09:34 GMT (Sat Aug 24 2002 local time)

**Last Changed**

Fri, 16 Feb 2024 17:28:29 GMT (Fri Feb 16 2024 local time)

**Comments**

Claims of copyright infringement: copyright@verizonbusiness.com.

Reports of child pornography: abuse-cp@verizonbusiness.com.

Illegal use or network security issues: security@verizonbusiness.com.

SPAM or other email abuse: abuse-mail@verizonbusiness.com. (Spam complaints must include full header information from the offending email.)

| | |
|---|---|
| | Phishing or spoofing: phishing@verizonbusiness.com. |
| | USENET abuse: abuse-news@verizonbusiness.com. |
| **Self** | |
| https://rdap.arin.net/registry/entity/ABUSE3-ARIN | |
| **Alternate** | |
| https://whois.arin.net/rest/poc/ABUSE3-ARIN | |
| **Port 43 Whois** | |
| whois.arin.net | |

| | |
|---|---|
| **Source Registry** | |
| ARIN | |
| **Kind** | |
| Group | |
| **Full Name** | |
| Abuse | |
| **Handle** | |
| ABUSE5603-ARIN | |
| **Email** | |
| abuse@verizon.net | |
| **Telephone** | |
| +1-800-900-0241 | |
| **Organization** | |

Abuse

**Address**
22001 Loudoun County Parkway
Asburn
VA
20147
United States

**Roles**
Abuse

**Registration**
Thu, 18 Aug 2016 17:07:50 GMT (Thu Aug 18 2016 local time)

**Last Changed**
Wed, 20 Sep 2023 21:34:58 GMT (Wed Sep 20 2023 local time)

**Self**
https://rdap.arin.net/registry/entity/ABUSE5603-ARIN

**Alternate**
https://whois.arin.net/rest/poc/ABUSE5603-ARIN

**Port 43 Whois**
whois.arin.net

**Terms of Service**
By using the ARIN RDAP/Whois service, you are

agreeing to the RDAP/Whois Terms of Use
https://www.arin.net/resources/registry/whois/tou/

**Whois Inaccuracy Reporting**
If you see inaccuracies in the results, please visit:
https://www.arin.net/resources/registry/whois/inaccuracy_reporting/

**Copyright Notice**
Copyright 1997-2025, American Registry for Internet Numbers, Ltd.