| | |
|---|---|
| **Service** | Instagram |
| **Internal Ticket Number** | 8326221 |
| **Target** | 62815860706 |
| **Account Identifier** | 62815860706 |
| **Account Type** | InstagramUser |
| **Generated** | 2024-02-06 10:19:45 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2023-12-19 23:59:59 UTC |

| | |
|---|---|
| **Name Definition** | Name: Provided by the account holder.<br>First: First name provided by the account holder. |
| **Name** | No responsive records located |

| | |
|---|---|
| **Emails Definition** | Emails: Captures the listed email address associated with the account. |
| **Registered Email Addresses** | No responsive records located |

| | |
|---|---|
| **Vanity Definition** | Vanity: Username associated with the account. |
| **Vanity Name** | __deleted__bhiebegchibcabjic |

| | |
|---|---|
| **Registration Date Definition** | Registration Date: Date and time of account creation. |
| **Registration Date** | Unknown |

| | |
|---|---|
| **Registration Ip Definition** | Registration Ip: IP address associated with account creation. |
| **Registration Ip** | No responsive records located |

| | | |
|---|---|---|
| **Account End Date Definition** | Account End Date: Displays the status of the account at the time the records were generated.<br>Account Still Active: Indicates true or false.<br>Time: Date and time the account was closed. | |
| **Account Closure Date** | **Account Still Active** | false |

| | |
|---|---|
| **Phone Numbers Definition** | Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number. |
| **Phone Numbers** | No responsive records located |
| **Logins Definition** | Logins: Information collected at the time the account was logged into.<br>Ip Address: IP address associated to the login.<br>Time: Date and time of the login. |
| **Logins** | No responsive records located |

This page intentionally left blank.

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 62815860706 |
| **Account Identifier** | 62815860706 |
| **Account Type** | InstagramUser |
| **Generated** | 2024-01-02 20:18:38 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2023-12-19 23:59:59 UTC |

**Name Definition**  Name: Provided by the account holder.
First: First name provided by the account holder.

**Name**  No responsive records located

**Emails Definition**  Emails: Captures the listed email address associated with the account.

**Registered Email Addresses**  grocermcgill@gmail.com (Verified)

**Vanity Definition**  Vanity: Username associated with the account.

**Vanity Name**  paladopoliz

**Registration Date Definition**  Registration Date: Date and time of account creation.

**Registration Date**  2023-11-14 19:46:12 UTC

**Registration Ip Definition**  Registration Ip: IP address associated with account creation.

**Registration Ip**  2607:fb91:e7f:896b:9c8f:3ad0:8cbf:e0c9

**Account End Date Definition**  Account End Date: Displays the status of the account at the time the records were generated.
Account Still Active: Indicates true or false.
Time: Date and time the account was closed.

**Account Closure Date**
- **Account Still Active**  false
- **Time**  2023-12-18 20:55:49 UTC

**Phone Numbers**

**Definition**
Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers**  No responsive records located

**Logins Definition**
Logins: Information collected at the time the account was logged into.
Ip Address: IP address associated to the login.
Time: Date and time of the login.

**Logins**

**IP Address** 2607:fb90:24b9:8f93:25e5:bfed:6e8d:80fd
**Time** 2023-12-18 20:54:11 UTC

**IP Address** 2607:fb90:24b9:8f93:25e5:bfed:6e8d:80fd
**Time** 2023-12-18 20:52:40 UTC

**IP Address** 71.162.241.154
**Time** 2023-12-18 20:40:36 UTC

**IP Address** 71.162.241.154
**Time** 2023-12-18 20:28:31 UTC

**IP Address** 71.162.241.154
**Time** 2023-12-18 20:09:27 UTC

**IP Address** 2607:fb91:e7f:896b:9c8f:3ad0:8cbf:e0c9
**Time** 2023-11-14 19:46:15 UTC

This page intentionally left blank.

| | |
|---|---|
| Service | Instagram |
| Target | 62815860706 |
| Account Identifier | paladopoliz |
| Account Type | InstagramUser |
| Generated | 2024-01-16 15:27:28 UTC |
| Date Range | 2023-12-14 00:00:00 UTC to 2023-12-19 23:59:59 UTC |

**Name Definition**  Name: Provided by the account holder.
First: First name provided by the account holder.

**Name**  No responsive records located

**Emails Definition**  Emails: Captures the listed email address associated with the account.

**Registered Email Addresses**  grocermcgill@gmail.com (Verified)

**Vanity Definition**  Vanity: Username associated with the account.

**Vanity Name**  paladopoliz

**Registration Date Definition**  Registration Date: Date and time of account creation.

**Registration Date**  2023-11-14 19:46:12 UTC

**Registration Ip Definition**  Registration Ip: IP address associated with account creation.

**Registration Ip**  2607:fb91:e7f:896b:9c8f:3ad0:8cbf:e0c9

**Account End Date Definition**  Account End Date: Displays the status of the account at the time the records were generated.
Account Still Active: Indicates true or false.
Time: Date and time the account was closed.

**Account Closure Date**
- Account Still Active: false
- Time: 2023-12-18 20:55:49 UTC

**Phone Numbers**

**Definition**
Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers**  No responsive records located

**Logins Definition**
Logins: Information collected at the time the account was logged into.
Ip Address: IP address associated to the login.
Time: Date and time of the login.

**Logins**

| | |
|---|---|
| **IP Address** | 2607:fb90:24b9:8f93:25e5:bfed:6e8d:80fd |
| **Time** | 2023-12-18 20:54:11 UTC |
| **IP Address** | 2607:fb90:24b9:8f93:25e5:bfed:6e8d:80fd |
| **Time** | 2023-12-18 20:52:40 UTC |
| **IP Address** | 71.162.241.154 |
| **Time** | 2023-12-18 20:40:36 UTC |
| **IP Address** | 71.162.241.154 |
| **Time** | 2023-12-18 20:28:31 UTC |
| **IP Address** | 71.162.241.154 |
| **Time** | 2023-12-18 20:09:27 UTC |