Archives: [ 3 / a / aco / adv / an / asp / b / bant / biz / c / cgl / ck / cm / co / cock / con / d / diy / e / f / fa / fap / fit / fitlit / g / gd / gif / h / hc / his / hm / hr / i / ic / int / jp / k / lgbt / lit / m / mlp / mlpol / mo / mtv / mu / n / news / o / out / outsoc / p / po / pol / pw / q / qa / qb / qst / r / r9k / s / s4s / sci / soc / sp / spa / t / tg / toy / trash / trv / tv / u / v / vg / vint / vip / vm / vmg / vp / vr / vrpg / vst / vt / w / wg / wsg / wsr / x / xs / y ] Boards: [ de / rp / talk ]

## Archived.Moe    DMCA   Frequently Asked Questions    Donate

grocermcgill

Searching for posts that contain 'grocermcgill'. 10 results found.

View Same   Goo le   ImOps   iqdb   SauceNAO   0514329926_kindlephoto-39708857.jpg, 824KiB, 3093x1845

**Anonymous** Mon 11 Jul 2016 00:53:17 No.694062453   View   Report

\>\>694062180
\>\>694062121
I do have more, but I gotta go for the night! Email me for more of her and more Oc. grocermcgill at gmail dot com

View Same   Goo le   ImgOps   iqdb   SauceNAO   0514329952_kindlephoto-141008.jpg, 82KiB, 600x800

**Anonymous** Sun 10 Jul 2016 20:35:05 No.694027166   View   Report

\>\>694026042
\>\>694026879
Would love some thoughts I gotta run. Hit me up grocermcgill at gmail if you want more of her and more Oc!!

View Same   Google   ImgOps   iqdb   SauceNAO   E5EC315.png, 1MiB, 1680x1050

**Anonymous** Fri 01 Jul 2016 10:31:48 No.692469649   View   Report

\>\>692469035
Goddamn love those screenshots. Hit me up grocermcgill at gmail if you want to send more or tribute in other ways ;) I can send you other stuff too, have a link to shit quality vid of her bating and some other girls oc

**Anonymous** Fri 01 Jul 2016 10:04:22 No.692467212   View   Report

\>\>692466039
Mail me grocermcgill gmail

**Anonymous** Tue 21 Jun 2016 09:46:20 No.690747795   View   Report

\>\>690746842
Op of these here. I gotta go, email me grocermcgill@ gmail if you want more!

**Anonymous** Mon 20 Jun 2016 15:55:57 No.690615945   View   Report

\>\>690615309
if you don't want to post them here I'll trade some oc with you grocermcgill at gmail

**Anonymous** Mon 20 Jun 2016 15:51:30 No.690615384    View    Report

\>\>690614751
Okay, I'll probably send you an email either later tonight or tomorrow with pics or whatever. To be clear that's grocermcgill@gmail.com?

**Anonymous** Mon 20 Jun 2016 15:43:59 No.690614441    View    Report

\>\>690610460
email me grocermcgill gmail for tributes!



ps   iqdb   SauceNAO   fappin.jpg, 141KiB, 1133x541

**Anonymous** Sun 29 Nov 2015 01:21:37 No.654483740    View    Report

Friend from school I went to

anyone wan s more or is willing to tribute anything I post email me grocermcgill at gmail

I won't post more of her here

ImgOps   iqdb   SauceNAO   E5E4CB5.jpg, 72KiB, 461x615

**Anonymous** Sun 29 Nov 2015 01:11:26 No.654482252    View    Report



\>\>654481673
Would love opinion and reposts or screenshot tributes. Email is grocermcgill@ gmail if interested. Have a bit of October of girls from my class back in hs if you want that too but will only send in email

← Previous    1    Next →

FoolFuuka Imageboard 2.2.0 - Asagi Fetcher          DMCA - Frequently Asked Questions    Change Language ▲    Change Theme ▲