UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TYLER JONES a/k/a TYLER JOHN JONES<br><br>　　　　Defendant | Case No. 24-cv-08232<br><br>DECLARATION OF SERVICE |

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on January 22, 2025 I served a copy of the Decelaration in Support of Pre-Answer Discovery, supporting exhibits, including the proposed subpoenas, and a copy of the January 15, 2025 Letter Motion for Pre Answer Discovery (DE 13) on the Defendant via by regular mail, certified mail (return receipt requested[9414811206206420964977]) to Defendant's last known address:

Tyler Jones a/k/a Tyler John Jones
1442 N. Lee Street
Philadelphia, PA 19125

And to Defendant's last known email address: jonesjohntyler@gmail.com

Dated: January 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Daniel S. Szalkiewicz*
　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel S. Szalkiewicz

1