UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TYLER JONES a/k/a TYLER JOHN JONES<br><br>　　　　Defendant | Case No. 24-cv-08232<br><br>DECLARATION OF SERVICE |

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on February 10, 2025 I served a copy of the Text Order (DE 18) on the Defendant via by regular mail to Defendant's last known address:

> Tyler Jones a/k/a Tyler John Jones
> 1442 N. Lee Street
> Philadelphia, PA 19125

And to Defendant's last known email address: jonesjohntyler@gmail.com

Dated: February 10, 2025

　　　　　　　　　　　　　　　　　　　　By: */s/ Daniel S. Szalkiewicz*
　　　　　　　　　　　　　　　　　　　　　　　Daniel S. Szalkiewicz

                                                                                   Daniel Szalkiewicz <daniel@lawdss.com>

## J.G. v. JONES
1 message

**Daniel Szalkiewicz** <daniel@lawdss.com>                                                             Mon, Feb 10, 2025 at 11:46 AM
To: jonesjohntyler@gmail.com

Attached please find the text order (DE 18).

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

**Daniel Szalkiewicz & Associates, P.C. Mail - Activity in Case 1:24-cv-08232-ESK-SAK J.G. v. JONES Text Order.pdf**
55K