UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Tyler Jones a/k/a Tyler John Jones,<br><br>　　　　Defendant. | Case Action No. 24-cv-08232 |

　　　　THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Certification and Declaration submitted, and for good cause being shown,

　　　　IT IS on this _____ day of _____, 2025, ordered that Plaintiff's motion for pre-answer discovery is granted. Plaintiff is permitted to serve a copy of the subpoena dated January 15, 2025 (the "Subpoena") on Verizon and Verizon is authorized to disclose the information requested in the Subpoena.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon.