UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF VIDEO PROCEEDINGS

CAMDEN OFFICE
JUDGE EDWARD S. KIEL

FEBRUARY 19, 2025
DATE OF PROCEEDINGS

COURT REPORTER: Ann Marie Mitchell

Docket # 24-cv-8232-ESK-SAK

TITLE OF CASE:
  J. G.,
      PLAINTIFF,
          v.

TYLER JONES aka
TYLER JOHN JONES
DEFENDANT.

VIDEO APPEARANCES:
Daniel Szalkiewicz, Esq. for Plaintiff.
Tyler Jones, Pro Se Defendant.

NATURE OF VIDEO PROCEEDINGS:    MOTION HEARING
Hearing on Plaintiff's [13] Motion for limited discovery;
Ordered motion Granted.
Defendant consents to electronic service on the record.
Order to be submitted by counsel.

Time commenced: 10:00 a.m.
Time Adjourned: 10:06 a.m.
Total Time: 06 min.

                      s/*GN*
                      DEPUTY CLERK