UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

J.G.

       Plaintiff,

  v.

Tyler Jones a/k/a Tyler John Jones,

       Defendant.

Case Action No. 24-cv-08232

THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Certification and Declaration submitted, and for good cause being shown,

IT IS on this __**20th**__ day of __**February**__, 2025, ordered that Plaintiff's motion for pre-answer discovery is granted. Plaintiff is permitted to serve a copy of the subpoena dated January 15, 2025 (the "Subpoena") on Verizon and Verizon is authorized to disclose the information requested in the Subpoena.

                                                     */s/ Edward S. Kiel*
                                                 **Edward S. Kiel**
                                                 **United State District Judge**