**VERIDIAN LEGAL**

23 West 73rd Street  T: (212) 706-1007
Suite 102  F: (646) 849-0033
New York, NY 10023  www.veridianlegal.com

April 10, 2025

**Via ECF**
Judge Edward S. Kiel
United States District Court
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

*Re:   J.G. v. Jones*
*United States District Court, District of New Jersey*
*Civ No. 24-cv-08232*

Dear Judge Kiel,

Our office represents the plaintiff, J.G. Our office has received some responses to the outstanding subpoenas and is prepared to move forward with the inquest.

We will defer to the court for the next available date, but request that it not be scheduled between May 9 to May 18 as our client has prior work obligations.

Thank you very much in advance.

Respectfully submitted,

VERIDIAN LEGAL P.C.

/s/*Daniel Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
***daniel@veridianlegal.com***

cc: Tyler Jones, defendant pro se, via email

Veridian Legal P.C.



As of April 10, 2025
Page 2