UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| J.G. | |
|---|---|
| Plaintiff, | Case No. 24-cv-08232 |
| v. | |
| TYLER JONES a/k/a TYLER JOHN JONES | DECLARATION OF SERVICE |
| Defendant | |

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on April 14, 2025 I served a copy of the Text Order (DE 26) on the Defendant via by regular mail to Defendant's last known address:

Tyler Jones a/k/a Tyler John Jones
1442 N. Lee Street
Philadelphia, PA 19125

And to Defendant's last known email address: jonesjohntyler@gmail.com

Dated: April 14, 2025

By: */s/ Daniel S. Szalkiewicz*
Daniel S. Szalkiewicz

1