**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**CAMDEN OFFICE:**                    **DATE OF PROCEEDINGS:** 5/6/25

**JUDGE:** Edward S. Kiel

**COURT REPORTER:**
Ann Marie Mitchell
**OTHERS:**                    **DOCKET NO**. Civ. #24-8232 (ESK)

**TITLE OF CASE:**
J.G.
          v.
*Tyler Jones also known as*
TYLER JONES

**APPEARANCES:**
Daniel Szalkiewicz, Esq. (VERIDIAN LEGAL, P.C.) for pltf.
Calio Madra, Esq. (VERIDIAN LEGAL, P.C.) for pltf.
Tyler Jones, pro se

**NATURE OF PROCEEDINGS:**   **- INQUEST HEARING**

Hearing on application by pltf. for sealing or redaction of transcript. ORDERED application
GRANTED and transcript SEALED. ORDERED courtroom sealed during testimonies.

J.G. sworn for pltf.
Kristin Kastner Franey sworn for pltf.
Tyler Jones for sworn pltf.
Pltf. Rests.

Certain Findings of the Court read into the record.
Court Ordered briefs to be submitted on or before 5/30/25.

**DISPOSITION:**

DECISION RESERVED.

                              s/Barbara Fisher
                              Deputy Clerk


Time Commenced: 11:10 AM -1:00 PM      Time Adjourned: 3:35 PM
(1:30 PM – 1:50 PM; 3:10 PM – 3:35 PM)    TOTAL TIME:    2 Hr. 15 min.