

**Certificate of Authenticity of Domestic Records of Regularly Conducted Activity**

I Vinicius de Almeida Lopes , certify:

I am employed by Meta Platforms, Inc. ("Meta"), located in Menlo Park, California. I am a duly authorized custodian of records for Meta and am qualified to certify Meta's domestic records of regularly conducted activity.

I have reviewed the subpoena dated December 19, 2023 (the "Subpoena"), in the case *J. G., v. paladopoliz, being the screenname shared Plaintiff's intimate images online without her consent and John Does 1-100,* Court Case # 820153/2023E.

The documents produced are true and correct copies of records responsive to the Subpoena, specifically, basic subscriber information associated with the following account:

Instagram · 62815860706

The documents reflect records made and retained by Meta. The records were prepared and kept in the ordinary course of business or are based on records prepared and kept in the ordinary course of business. They were made at or near the time the data was acquired, entered, or transmitted to or from Meta.

I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date:      06/04/2025

_____
(Signature)

_____
(Name of Records Custodian)

| | |
|---|---|
| **Service** | Instagram |
| **Internal Ticket Number** | 8326221 |
| **Target** | 62815860706 |
| **Account Identifier** | 62815860706 |
| **Account Type** | InstagramUser |
| **Generated** | 2024-02-06 10:19:45 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2023-12-19 23:59:59 UTC |

| | |
|---|---|
| **Name Definition** | Name: Provided by the account holder.<br>First: First name provided by the account holder. |
| **Name** | No responsive records located |

| | |
|---|---|
| **Emails Definition** | Emails: Captures the listed email address associated with the account. |
| **Registered Email Addresses** | No responsive records located |

| | |
|---|---|
| **Vanity Definition** | Vanity: Username associated with the account. |
| **Vanity Name** | __deleted__bhiebegchibcabjic |

| | |
|---|---|
| **Registration Date Definition** | Registration Date: Date and time of account creation. |
| **Registration Date** | Unknown |

| | |
|---|---|
| **Registration Ip Definition** | Registration Ip: IP address associated with account creation. |
| **Registration Ip** | No responsive records located |

| | |
|---|---|
| **Account End Date Definition** | Account End Date: Displays the status of the account at the time the records were generated.<br>Account Still Active: Indicates true or false.<br>Time: Date and time the account was closed. |
| **Account Closure Date** | **Account Still Active** false |

| | |
|---|---|
| **Phone Numbers Definition** | Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number. |
| **Phone Numbers** | No responsive records located |
| **Logins Definition** | Logins: Information collected at the time the account was logged into.<br>Ip Address: IP address associated to the login.<br>Time: Date and time of the login. |
| **Logins** | No responsive records located |

This page intentionally left blank.

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 62815860706 |
| **Account Identifier** | 62815860706 |
| **Account Type** | InstagramUser |
| **Generated** | 2024-01-02 20:18:38 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2023-12-19 23:59:59 UTC |

| | |
|---|---|
| **Name Definition** | Name: Provided by the account holder. First: First name provided by the account holder. |
| **Name** | No responsive records located |

| | |
|---|---|
| **Emails Definition** | Emails: Captures the listed email address associated with the account. |
| **Registered Email Addresses** | grocermcgill@gmail.com (Verified) |

| | |
|---|---|
| **Vanity Definition** | Vanity: Username associated with the account. |
| **Vanity Name** | paladopoliz |

| | |
|---|---|
| **Registration Date Definition** | Registration Date: Date and time of account creation. |
| **Registration Date** | 2023-11-14 19:46:12 UTC |

| | |
|---|---|
| **Registration Ip Definition** | Registration Ip: IP address associated with account creation. |
| **Registration Ip** | 2607:fb91:e7f:896b:9c8f:3ad0:8cbf:e0c9 |

| | | |
|---|---|---|
| **Account End Date Definition** | Account End Date: Displays the status of the account at the time the records were generated. Account Still Active: Indicates true or false. Time: Date and time the account was closed. | |
| **Account Closure Date** | **Account Still Active** | false |
| | **Time** | 2023-12-18 20:55:49 UTC |

| | |
|---|---|
| **Phone Numbers** | |

**Definition**
Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers**  No responsive records located

**Logins Definition**
Logins: Information collected at the time the account was logged into.
Ip Address: IP address associated to the login.
Time: Date and time of the login.

**Logins**

**IP Address** 2607:fb90:24b9:8f93:25e5:bfed:6e8d:80fd
**Time** 2023-12-18 20:54:11 UTC

**IP Address** 2607:fb90:24b9:8f93:25e5:bfed:6e8d:80fd
**Time** 2023-12-18 20:52:40 UTC

**IP Address** 71.162.241.154
**Time** 2023-12-18 20:40:36 UTC

**IP Address** 71.162.241.154
**Time** 2023-12-18 20:28:31 UTC

**IP Address** 71.162.241.154
**Time** 2023-12-18 20:09:27 UTC

**IP Address** 2607:fb91:e7f:896b:9c8f:3ad0:8cbf:e0c9
**Time** 2023-11-14 19:46:15 UTC

This page intentionally left blank.

| | |
|---|---|
| Service | Instagram |
| Target | 62815860706 |
| Account Identifier | paladopoliz |
| Account Type | InstagramUser |
| Generated | 2024-01-16 15:27:28 UTC |
| Date Range | 2023-12-14 00:00:00 UTC to 2023-12-19 23:59:59 UTC |

| | |
|---|---|
| Name Definition | Name: Provided by the account holder.<br>First: First name provided by the account holder. |
| Name | No responsive records located |

| | |
|---|---|
| Emails Definition | Emails: Captures the listed email address associated with the account. |
| Registered Email Addresses | grocermcgill@gmail.com (Verified) |

| | |
|---|---|
| Vanity Definition | Vanity: Username associated with the account. |
| Vanity Name | paladopoliz |

| | |
|---|---|
| Registration Date Definition | Registration Date: Date and time of account creation. |
| Registration Date | 2023-11-14 19:46:12 UTC |

| | |
|---|---|
| Registration Ip Definition | Registration Ip: IP address associated with account creation. |
| Registration Ip | 2607:fb91:e7f:896b:9c8f:3ad0:8cbf:e0c9 |

| | | |
|---|---|---|
| Account End Date Definition | Account End Date: Displays the status of the account at the time the records were generated.<br>Account Still Active: Indicates true or false.<br>Time: Date and time the account was closed. | |
| Account Closure Date | Account Still Active | false |
| | Time | 2023-12-18 20:55:49 UTC |

**Phone Numbers**

**Definition**

Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers** No responsive records located

**Logins Definition**
Logins: Information collected at the time the account was logged into.
Ip Address: IP address associated to the login.
Time: Date and time of the login.

**Logins**
  **IP Address** 2607:fb90:24b9:8f93:25e5:bfed:6e8d:80fd
  **Time** 2023-12-18 20:54:11 UTC

  **IP Address** 2607:fb90:24b9:8f93:25e5:bfed:6e8d:80fd
  **Time** 2023-12-18 20:52:40 UTC

  **IP Address** 71.162.241.154
  **Time** 2023-12-18 20:40:36 UTC

  **IP Address** 71.162.241.154
  **Time** 2023-12-18 20:28:31 UTC

  **IP Address** 71.162.241.154
  **Time** 2023-12-18 20:09:27 UTC